FILED
NOV 3 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

DEMETRIUS MCLAUGHLIN
REG#41297-018
FCC COLEMAN-USP
P.O.BOX 1033
COLEMAN,FL,33521-1033

Plaintiff

VS.

Defendant
U.S.DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTATION
FLAG BUILDING SUITE 570
WASHINGTON,D.C.20530
_____/

CASE NUMBER  1:06CV02048
JUDGE: Rosemary M. Collyer
DECK TYPE: FOIA/Privacy Act
DATE STAMP: 11/30/2006

**COMPLAINT FOR DECLARTORY AND INJUNCTIVE RELIEF**

1) COMES NOW,the plaintiff,DEMETRIUS MCLAUGHLIN,herein pro-se and without the aid of an advocate,respectfuly invokes this Honorable Court jurisdiction pursuant to 5U.S.C§§552 and 552(a)(4)(B) of the Freedom of Information and Privacy Act.Wherea this Court has such jurisdiction to enter the order for productio of said Agency records,documents pursuant to 5 U.S.C.§§552(1)(2)(3)(6)a and 552(a)(4)(B) of the FOIA/PA of any all records,documents,information  and policy that was generated by,or in the possession of Drug Enforcement Administration from June of 2002 through MArch 2004 by DEA relating to the Indictment of Plaintiff in this case no.8:03-CR-226-T-17MSS.

2) The facts are that on September 13,06 Plaintiff submitt request pursuant to 5 U.S.C.§§552 and 552(a) to the DEA Freedom of Information Officer of the Middle District of Florida Tampa Division see exhibit A and on Sept.14,06 the same request was address to the DEA office in Washington D.C._see exhibit B.

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT
RECEIVED
NOV 09 2006

1

3) Both requests consist of the same request for any and all documents records, information and policy that was used in connection to their investigation of the illegal manufacturin of methamphetamine in the area of Pasco County, which lead to arrest and Indictment of Plaintiff in this case no. 8:03-CR-226-T-17MSS.

4) The request was sent certify by mail see attachment to exhibit A for the DEA in the Middle District of Florida Tampa Division.

6) Plaintiff states that He never receive a response from either DEA offices within the **ten day** limit provide by 5U.S.C. §§552(1)(2)(3)(6)(a).

7) Plaintiff then filed an appeal under Freedom of Information and Privacy Act on October 09,06 to the DEA attaching said copies of the request see exhibit C.

8) Whereas, it has been over 20 working days since the DEA has receive the appeal and forty (40)days since the branch has receive the initial request pursuant to 5U.S.C.§§552and552(a)

9) Therefore, Plaintiff states that pursuant to 5 U.S.C.§§ 552 and 552(a) of the Freedom of Information and Privacy Act that He has a Due Process Right which entitle Him to the performance from the branch of DEA to ministerial a response to the request.

Wherefore, the Plaintiff request that this Honorable Court shall grant Him the relief sought: 1)To decide that the Defendant refusal to respond and/or disclose the records requested by the Plaintiff to be unlawful and (2) To enter the oder requring the said Defendant to make the reqeusted documents,records,information and policys aviable to the Plaintiff and or (3) To grant

such order and further relief as this Honorable Court may deem just and appropriate.

### CERTIFICATE OF SERVICE

_____I do hereby certify that a copy hereof has been furnish by U.S.Mail to above address this  02   day of Novmber,2006

Respectfully Submitted

DEMETRIUS MCLAUGHLIN
REG#41297-018
FCC COLEMAN-USP
P.O.BOX 10033

COLEMAN,FL,33521

EXHIBIT

A

FROM: DEMETRIUS MCLAUGHLIN
      REG#41297-018
      FCC COLEMAN-USP
      COLEMAN, FL.33521

TO: FREEDOM OF INFORMATION OFFICER
    DRUG ENFORCEMENT AGENCY DEA
    4950,W.KENNDY BLVD.
    Tampa,FL,33609.

September 15,06

Dear Sir or Ms..:

This letter serves as my request pursuant to the provision of the Freedom of information Act (5 U.S.C.§552 ) and Privacy Act ( 5 U.S.C.§552a)(d)(1) and applicable to state statute governing the Freedom of Information Act request.

Please send me copies of **any** and **all** documents records policy, and information that were used in connection with the investigation that were conducted by the Pasco County Sheriff Office Detectives and Deputies and where this Drug Enforcement Agency of the Middle District of Florida Tampa Division which jion and participated in the investigation of the illegal manufacturing of methamphetamine in the area of Pasco County on or approximately May 2002 through March 2004. This request is sought specifically for memdment, deletion and/or expungment ( 5U.S.C.552a(d)(2)(a) of records maintained by your agency. The records sought but not limited to,is the compiled file in case#8:03-CR-226-T-17MSS containing,

1. This includes copies of any and all documents,records and information that were connected to the surveillance that were used and its equipement, A. such as the Aviation Unit of the Pasco County helicopter,flightplan|signin sheet,signout sheet,and the aviation sheet on the months of July 16,02 times 5pm 8pm,and August times 4pm,8pm.

2.This includes copies of any and all documents an information on holding tape recording of radio communication and

FILED
06 2048  NOV 3 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

and the making of radio transcripts in connection with a investigation this includes the communication for July 16, 2002 of the investigative stop conducted by Pasco County Sheriff Office Detectives of Reqester. This is not limited to any photos that were taken.

    3. Requesting any and all copies of documents, records, and information, policy in connection with the traffic stop conduct by Pasco County Sheriff Office Detectives and its Deputies on July 16, 2002 of Requester on Old Lakeland Highway North Lynnbrook Road. Which were part of the ongiong investigation.

    4. Requsting any and all copies of documents, records policy an information on the collecting of evidence and distroy of the evidence in this case no. 8:03-CR-226-T-17MSS. This wolud include the photos that were taken of the said evidence.

    5. Requsting any an all copies of documents, records and information ;policy, of the notes logs, reports, memorandums, in connection to the on going investigation. This would include notes, logs and reports that were taken on July 16, 2002 of the surveillance that were conducted durning the investigation.

    6. This includes any an all documents, records, policy and information on the closing on the investigation In this case no.8:03-CR-266-T-17MSS such as final reports, notes, and photos of said evidence.

    As you know, the Freedom of Information Act provides that if portion of a document are exempt from release, the remainder must be segregated and disclosed. Therefore, I will expect you to send me all nonexempt portions of the records which I have requested, and ask that you justify any deletion with reference to specific exemptions of FOIA. The information requested is not to be used for commercial benefit, so I do not expect to be charge fees for your review of the material to see if it falls with in one of FOIA's exemptions.

    I promise to pay reasonable search and duplication costs in connection with this requesting. However, please notify me ahead of time if you estimate that total fees will exceed, $250 so I can approve the additional amount.

[2]

7. This is to include any an all documents records and information in connection to the interviews, reports completed by this agency in the course of the investigation through May, 2002 to March, 2004.

CERTIFICATE OF SERVICE

I do, hereby certify that a copy hereof has been furish by U.S. Mail to the above address this 13 day September, 2006.

Respectfully Submitted

DEMETRIUS MCLAUGHLIN
REG#41297-018
FCC COLEMAN-USP
P.O.BOX 1033
COLEMAN,FL,33521-1033

[3]

U.S. Department of Justice          **Certification of Identity**          

---

**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]  DEMETRIUS ANTWON MCLAUGHLIN

Citizenship Status [2] UNITED STATES          Social Security Number [3] 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

Current Address  FCC COLEMAN-USP P.O.BOX 1033 COLEMAN, FL, 33521

Date of Birth  11-07-73          Place of Birth  LAKELAND, FL,

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [4] _[signature]_          Date  9-15-06

---

**OPTIONAL: Authorization to Release Information to Another Person**

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

**Print or Type Name**

---

[1] Name of individual who is the subject of the record sought.
[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.
[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
[4] Signature of individual who is the subject of the record sought.

---

FORM APPROVED OMB NO. 1103-0016          FORM DOJ-361
EXPIRES 4/31/07          SEPT 04



Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: 7005 3110 0003 8093 3135
Status: **Delivered**

Your item was delivered at 1:09 pm on September 20, 2006 in TAMPA, FL 33609.

( Additional Details > )  ( Return to USPS.com Home > )

### Notification Options

Track & Confirm by email
Get current event information or updates for your item sent to you or others by email.  ( Go > )

---

POSTAL INSPECTORS   site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ .39 | MAILROOM |
| Certified Fee | 2.40 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | 2006 SEP 13 A 6:21 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ 2.79 | |

Sent To: Drug Enforcement Agency DEA
Street, Apt. No.; or PO Box No. 4950 W Kennedy BLVD
City, State, ZIP+4 Tampa FL 33609

PS Form 3800, June 2002    See Reverse for Instructions

7005 3110 0003 8093 3135

FROM: DEMETRIUS MCLAUGHLIN
      REG#41297-018
      FCC COLEMAN-USP
      COLEMAN, FL,33521

TO:FREEDOM OF INFORMATION OFFICER
DRUG ENFORCEMENT AGENCY DEA
CHIEF FOIA SECTION
Rm W-9168 LP-2
Washing,D.C.20537

September 15,06

Dear Sir or Ms..:

This letter serves as my request pursuant to the provision of the Freedom of information Act (5 U.S.C.§552 ) and Privacy Act ( 5 U.S.C.§552a)(d)(1) and applicable to state statute governing the Freedom of Information Act request.

Please send me copies of **any** and **all** documents records policy, and information that were used in connection with the investigation that were conducted by the Pasco County Sheriff Office Detectives and Deputies and where this Drug Enforcement Agency of the Middle District of Florida Tampa Division which jion and participated in the investigation of the illegal manufacturing of methamphetamine in the area of Pasco County on or approximately May 2002 through March 2004. This request is sought specifically for memdment, deletion and/or expungment ( 5U.S.C.552a(d)(2)(a) of records maintained by your agency. The records sought but not limited to,is the compiled file in case#8:03-CR-226-T-17MSS containing,

1. This includes copies of any and all documents,records and information that were connected to the surveillance that were used and its equipement, A. such as the Aviation Unit of the Pasco County helicopter,flightplan||signin sheet,signout sheet,and the aviation sheet on the months of July 16,02 times 5pm 8pm,and August 10,02, times 4pm,8pm.

2.This includes copies of any and all documents records policy an information on holding tape recording of radio communication and

and the making of radio transcripts in connection with a investigation this includes the communication for July 16,2002 of the investigative stop conducted by Pasco County Sheriff Office Detectives of Reqester. This is not limited to any photos that were taken.

3. Requesting any and all copies of documents,records, and information, policy in connection with the traffic stop conduct by Pasco County Sheriff Office Detectives and its Deputies on July 16, 2002 of Requester on Old Lakeland Highway North Lynnbrook Road. Which were part of the ongiong investigation.

4. Requsting any and all copies of documents,records policy an information on the collecting of evidence and distroy of the evidence in this case no. 8:03-CR-226-T-17MSS. This wolud include the photos that were taken of the said evidence.

5. Requsting any an all copies of documents, records and information ;policy, of the notes logs,reports, memorandums,in connection to the on going investigation. This would include notes, logs and reports that were taken on July 16,2002 of the surveillance that were conducted durning the investigation.

6. This includes any an all documents, records,policy and information on the closing on the investigation In this case no.8:03-CR-266-T-17MSS such as final reports, notes, and photos of said evidence.

As you know, the Freedom of Information Act provides that if portion of a document are exempt from release,the remainder must be segregated and disclosed.Therefore,I will expect you to send me all nonexempt portions of the records which I have requested, and ask that you justify any deletion with reference to specific exemptions of FOIA. The information requested is not to be used for commercial benefit,so I do not expect to be charge fees for your review of the material to see if it falls with in one of FOIA's exemptions.

I promise to pay reasonable search and duplication costs in connection with this requesting. However,please notify me ahead of time if you estimate that total fees will exceed, $250 so I can approve the additional amount.

[2]

7. This is to include any an all documents records and information in connection to the interviews, reports completed by this agency in the course of the investigation through May, 2002 to March, 2004.

CERTIFICATE OF SERVICE

I do, hereby certify that a copy hereof has been furish by U.S. Mail to the above address this /5 day September, 2006.

Respectfully Submitted

DEMETRIUS MCLAUGHLIN
REG#41297-018
FCC COLEMAN-USP
P.O.BOX 1033
COLEMAN, FL, 33521-1033

[3]

**U.S. Department of Justice**

# Certification of Identity

**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC  20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC  20503.

Full Name of Requester [1]  DEMETRIUS ANTWON MCLAUGHLIN

Citizenship Status [2]  UNITED STATES           Social Security Number [3]  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

Current Address  FCC COLEMAN-USP P.O.BOX 1033 COLEMAN,FL,33521

Date of Birth  11-07-73                 Place of Birth  LAKELAND,FL,

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [4]  _[signature]_                              Date  9-15-06

**OPTIONAL: Authorization to Release Information to Another Person**

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

**Print or Type Name**

[1] Name of individual who is the subject of the record sought.
[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.
[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
[4] Signature of individual who is the subject of the record sought.

FORM DOJ-361
SEPT 04

FORM APPROVED OMB NO. 1103-0016
EXPIRES 4/31/07

| | |
|---|---|
| **FROM:** DEMETRIUS MCLAUGHLIN<br>REG#41297-018<br>FCC COLEMAN-USP<br>P.O.BOX 1033<br>COLEMAN,FL,33521-1033 | **DERICT RESPONSE TO:**<br>DEMETRIUS MCLAUGHLIN<br>REG#41297-018<br>10-09-06 |
| **TO:** FREEDOM OF INFORMATION OFFICER<br>U.S.C. DEPARTMENT OF JUSTICE<br>DRUG ENFORCEMENT ADMINISTRTIVE<br>OPERATION UNIT<br>WASHINGTON,D.C.20537 | **IDENTIFICATION OF REQUESTER:**<br>DEMETRIUS MCLAUGHLIN<br>**ALLIAS:** DEKE<br>**DOB:** 11-07-73<br>**POB:** LAKELAND, FL,<br>**SSN:** 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 |
| **FREEDOM OF INFORMATION ACT**<br>(5USCU§552),PRIVACY ACT,<br>(5USC§552a(d)(1)Request:<br>EXEMPTIONS(5USC§552(5)(c)<br>(B)(7),General(5USC§552a<br>(J)(2) or Specfic (U.S.C.)<br>552a(K)(2)Not Applicable To<br>This request. | |

Dear,Sir,Ms..:

This is an **Appeal** under the **Freedom of Information Act FOIA 5 U.S.C.§552** and of **5 U.S.C.§552a Privacy Act.** On the date of September 15,06 I made a **FOIA** request to your agency of Drug Enforcement Agency DEA of the Tampa Division of FLorida see exhibit **A** which contain a copy of the requested material and see exhibit **B** where a copy were also sent to Drug Enforcement Agency Chief FOIA section Rm W-9168 LP-2 Washington D.C.20537. The request were sent certify see exhibit **C**.

Whereas this Agency of the Drug Enforcement has fail to even response to the request pursuant to **5.U.S.C.§552** and **5.U.S.C 552a** of the **Privacy Act** and thereby failing to response within the lawful time period or limits.

Please be informed that I consider the requested material clearly releasable under the FOIA and consider your policy to be arbitrary and capriciouse.

Whereas this agency of the Drug Enforcement is in violation of the **Freedom of Information Act 5.U.S.C.§552(1)(2)(3)** and **the** Privacy Act 5.U.S.C.§552a. Thereby depriving the Requester which is the subject of the request material. Therefore I except that upon reconsideration this agency will reverse the decision to deny my request.

CERTIFICATE OF SERVICE

I do, hereby certify that a copy hereof has been furnish by U.S.Mail to the above address this 09 day of October, 2006.

FCC Coleman, Florida  Sumter County

Subscribed and sworn before me this
20 day of October, 2006

_____
Case Manager

Authorized by the Act of July 7, 1955, as amended, to administer oaths (18 USC§4004.)

Respectfully Submitted

_____
DEMETRIUS MCLAUGHLIN
REG#41297-018
FCC COLEMAN-USP
P.O.BOX 1033
COLEMAN,FL,33521-1033

[2]

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

I          06-2048
           RMC

| I (a) PLAINTIFFS DEMETRIUS MCLAUGHLIN | DEFENDANTS DOJ DEA |
|---|---|
| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888 (EXCEPT IN U.S. PLAINTIFF CASES) PRO SE YR | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____ (IN U.S. PLAINTIFF CASES ONLY) NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRA... |
| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) # 41297-018 | ATT... CASE NUMBER 1:06CV02048 JUDGE: Rosemary M. Collyer DECK TYPE: FOIA/Privacy Act DATE STAMP: 11/30/2006 |

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP
FOR PLAINTIFF AND...

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☒ 540 Mandamus & Other
☒ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

(3)

| ☐ G. *Habeas Corpus/ 2255*<br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ⊗ I. *FOIA/PRIVACY ACT*<br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
⊗ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ Multi district Litigation   ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
5 USC 552   F.O.I.A.

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   DEMAND $ _____   Check YES only if demanded in complaint   JURY DEMAND: ☐ YES  ⊗ NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   ☐ YES  ⊗ NO   If yes, please complete related case form.

DATE 11.30.06   SIGNATURE OF ATTORNEY OF RECORD  NCD

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

    I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

    III.    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

    IV.    CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

    VI.    CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

    VIII.    RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd