UNITED STATES DISTRICT COURT
_____FOR THE_____ DISTRICT OF _____COLUMBIA_____

FILED
NOV 3 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DEMETRIUS MCLAUGHLIN
REG#41297-018
FCC COLEMAN-USP
P.O.BOX 1033
COLEMAN,FL,33521-1033

Plaintiff,

v.                             Case No:

U.S.DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTATION
FLAG BUILDING SUITE 570
WASHINGTON Defendant. D.C.20530

06 2048

## APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

I, ___demetrius mclaughlin_____, declare that I am the (check the appropriate box)

☐ petitioner/plaintiff/movant        ☐ other

in the above entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under the 28 U.S.C § 1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under the penalty of perjury:

1. Are you presently incarcerated?   (Yes)     No      (If "No" go to Part 2)

   If "Yes" state the place of your incarceration __FLORIDA, COLEMAN__

   Are you employed at the institution? Yes   Do you receive any payment from the institution? Yes

Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you presently employed?     Yes     (No) 

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No" state the date of last employment, and the amount of your take-home salary and wages and pay period and the name and address of your last employer. N/A

3. In the past 12 months have you received any money from any of the following sources?

   a. Business, profession or other form of self-employment   Yes   (No) 

RECEIVED
NOV 09 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2

   b. Rent payments, interest or dividends            Yes    (No)

   c. Pensions, annuities or life insurance payments    Yes    (No)

   d. Disability or workers compensation payments     Yes    (No)

   e. Gifts or inheritances                               Yes    (No)

   f. Any other sources                                  Yes    (No)

If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive.

4. Do you have any cash, or checking or savings accounts?    Yes    (No)

   If "Yes" state the total amount _____

5. Do you own any real estate, stocks, bonds, securities, or other financial instruments, automobiles or any other thing of value?       Yes    (No)

   If "Yes" describe the property and state its value.

6. List the persons who are dependent upon you for support, state your relationship to each person and indicate how much you contribute to their support. N/A

I declare under penalty of perjury that the foregoing is true and correct.

_11-02-06_                      _[signature]_
DATE                                 SIGNATURE OF APPLICANT

**CERTIFICATE**
(Incarcerated applicants only--To be completed by the institution of incarceration)

I CERTIFY that the applicant named herein has the sum of $ _26.04_ on account to his/her credit at (name of institution) _USP Coleman_. I further certify that the applicant has the following securities to his/her credit: _____
_____. I further certify that during the past six months the applicant's average balance was $ _13.58_.

_//FCC Coleman, Florida Sumter County_       _[signature]_
DATE Subscribed and sworn before me this    SIGNATURE OF AUTHORIZED OFFICER
_2_ day of _May_, 20_06_
_[signature]_
Case Manager

Authorized by the Act of July 7, 1955, as     2
amended, to administer oaths (18 USC§4004.)