UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

DEMETRIUS MCLAUGHLIN
        Plaintiff

vs.                           Civil Action No:06-2048(RMC)

U.S.DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION
        Defendant

### MOTION FOR JUDGMENT OF DEFAULT

COMES NOW, Plaintiff DEMETRIUS MCLAUGHLIN, proceeding herein pro-se and respectfully **MOVES** this Honorable Court to **Enter** the **Order Granting Relief Sought** by Plaintiff stated in the Complaintiff, in **granting** this **Motion For Judgment of Default** pursuant to **Rule 12 of Fed.R. of Civ.Proc.** and in support thereof states the following:

1). In the month of November 30,2006 Plaintiff file the Complaint against the U.S.Department of Justice, Drug Enforcement Administration that was enter on the month of December 04, 2006. see Docket.

2). In the month November 30,2006 a Summons was issued as to U.S. Department of Justice, U.S. Attorney and U.S.Attorney entered December 04 2006 and Summons returned Executed on 12-05-06 and was due on January 05 2007 entered 1-06-07.

3). On the 19 day of January 2007 Defendant Department of Justice submitted o Motion For Enlargement of Time for February 07,2007 to provide answer or respond to the Complaint.

4). This Court granted the Motion For Enlargement of Time for February 07,2007 for Defendant to move or respond to the Complaint.

## RECEIVED

FEB 2 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

5). Plaintiff contends that the Record supports that the Defendant have been given more than enough time to answer or respond to the Complaint and that where the Defendant has not **act in goodfaith** in respondiing to the Request presented under Freedom of Information Act and in compliance with Title 5 U.S.C.§552a of the Privacy Act.

6). Plaintiff contends that His original Request was present pursuant to Title 5 U.S.C.§552 and 552a in which the Defendant is require has the duty to administer a response and provide the Requester with the requested Documents, but to act in a reasonable time and goodfaith .

7). Whereas, Plaintiff contends that the Defendant's has not act in goodfaith in responding to the Requester and where the Defendant's has abusive the process, and that this Court should **enter** the **Order granting** the **requested Relief Sought** by Plaintiff, 1) to decide that the Defendant refusal to respond and /or disclose the records requested by the Plaintiff to be unlawful and 2) to enter the Order requiring the said Defendant's to make the requested Documents, records, information and policy avialable to Plaintiff.

Respectfully Submitted,
**without prejudce**,

DEMETRIUS MCLAUGHLIN
REG#41297-018
FCC COLEMAN-USP
P.O.BOX 1033
COLEMAN, FL 33521

## CERTIFICATE OF SERVICE

I CERTIFY that on February 12,2007 Defendant was served with a copy of the foregoing MOtion For Judgment of Default via first class Mail postage prepaid and addressed:


JEFFREY A. TAYLOR,
United States Attorney

RUDOLPH CONTRRAS,
United States Attorney

MADELYN E. JOHNSON,
Assistant United States Attorney
U.S.Attorney's Office Rm E4114
555 4th Street,N.W.
Washington, DC 20530




Respectfully Submitted

without prejudice

DEMETRIUS MCLAUGHLIN
REG#41297-018

[3]