UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

DEMETRIUS MCLAUGHLIN
    Plaintiff

vs.                                  Civil Action No:06-2048(RMC)

U.S.DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION
    Respondent

_____/

## NOTICE OF OPPOSITION TO DEFENDANT RESPONSE

COMES NOW, Plaintiff DEMETRIUS MCLAUGHLIN, proceeding herein pro-se and respectfully place this Honorable Court on Notice to the Opposing of Defendant response to the Complaint, pursuant to Fed.R.Civ.Proc.Rule 12(a)(2) and herein states the following:

1.) In the month February 2007 this Court granted the Defendant request for enlargement of time for the month of March 07, 2007 to respond to the Complaint.

2.) Plaintiff receive a response from the Defendant on the 5th day of March 2007, with the response was the release of thirty-six pages in which pages eight and nine was missung but was sent on the 12th day of March 2007.

3.) Defendant's response was accompany with a letter explain of the exempts in the thirty-six pages and informing Plaintiff that thirteen pages was exempts and failed to provide a Vaughn Index.

RECEIVED

MAR 1 9 2007

NANCY MAYER WHITTINGTON, CLERK

4.) In the response of Defendant's, has failed to be precise on the reason for the exempts, and has failed to supply Plaintiff with the rest requested information, records, documents, and policy as requested.

5.) Plaintiff contends the Defendant's has failed to release the requested information as to the picture of the recovered evidence as requested, and its further contend that the Defendant has failed to search the Tampa field Office in Florida.

The Plaintiff contends that the U.S. Department of JUstice has failed in it's duty to properly search for the requested information, records, documents, and policy as requested, whereas the Defendant's were obligated to conduct a proper search in order to full feel it's duty in releasing the request information records, documents, and policies. Therefore, Plaintiff is place this Honorable Court on Notice of the failure of U.S. Department of Justice Drug Enforcement to comply with the Freedom of Information Act.

Respectfully Submitted

DEMETRIUS MCLAUGHLIN
REG#41297-018
FCC COLEMAN-USP
P.O.BOX 1033
COLEMAN, FL, 33521

CERTIFICATE OF SERVICE

I CERTIFY, that on the 13th day of March 2007, Defendant's was served with a true and correct copy of the foregoing Notice of Opposition to the response, via first- class mail postage prepaid and address:

JEFFREY A. TAYLOR,
UNITED STATES ATTORNEY

RUDOLPH CONTRRAS,
ASSISTANT UNITED STATES ATTORNEY

MADELYN E. JOHNSON,
ASSISTANT UNITED STATES ATTORNEY

WILLIAM C. LITTLE, JR.,
UNITED STATES SENIOR ATTORNEY
ADMINISTRATIVE LAW SECTION
U.S. ATTORNEY'S OFFICE RM E4114
555 4th Street, N.W.
WASHINGTON, DC 20530

Respectfully Submitted

without prejudice

DEMETRIUS MCLAUGHLIN
REG#41297-018

[3]