UN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

DEMETRIUS MCLAUGHLIN,

    Plaintiff,

vs.                                    Case No.06-2048(RMC)

U.S. DEPARTMENT OF JUSTICE

RECEIVED
MAY 9 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DECLARTION OF DEMETRIUS MCLAUGHLIN

I Demetrius Mclaughlin, declare as follos:

I Demetrius Mclaughlin, being first duly sworn, depose and make under oath that the following Declaration, is pursuant to Title 28 U.S.C.§ 1746, that every statement in support of the of the Declaration is correct and true to the best of my knowledge and belief..

1. My name is Demetrius Mclaughlin, I am over 18 years of age, and I reside at the Federal Correctional Complex, P.O.BOX 1033, Coleman, Fl, 33521, and I am competent to make this Declaration and that everything is true and correct.

2. The purpose of this declaration is provide the Court with facts that the Drug Enforcement Agency (DEA) had conducted an inadequate search for records and is in violation of the Freedom of Information Act, 5 U.S.C.§ 552 and 552a, in failing

to conduct adequate search for the requested documents and information, and fail to even respond to the original request, therefore violating the statute 5 U.S.C.§552, 552a.

### Correspondance

3. By letter dated September 15, 06, I Demetrius Mclaughlin, made a request for information regarding myself and investigation and arrest concerning myself, in the Middle District of Florida, an the request was sent to the division of Tampa address 4950 W. Kenndy BLVD, certify mail, see exhibit (A) and to the Washington Head Office. Both office receive a request, being the DEA conduct the investigation and prosecution is in possession of the requested documents.

4. The request requested copies of any and documents records policy and information that were connected with investigation that were conduct by Pasco County Sheriff's Office and the DEA of the Middle District of Tampa, which participate in the investigation, and prosecuted the case. The DEA confiscate, see exhibit (A) of the motion of opposition. THe The request included all policy that was used in the investigation.

5. After approximately 90 days after filing the Requests in which I receive no response from either Office I file an appeal and waited approximately 30 days before filing the complaint. Now the head Office has file the first response to the request and is now inserting that only 30 odd pages exist or they was able uncover, but releasing 18 pages.

### The search for records was inadequate

6. The DEA has fail to conduct a adequate search for the records or information in response to my 2006 request for information, by failing to search its Tampa Florida branch office, where the case originate from .

7. The information and documents, reports that is sought by me is in the possession of the DEA because (1) DEA agent has already testify that he is such and agent that work for the agency, see exhibit (C) of the Motion in opposition file by Plaiontiff,and (2) U.S Department of Justice has confirmed that 270 pages and cassette tape with all the recover evidence exist and is now in the possession of the DEA, see exhibit (A) of the motion in opposition.

7. There is no doubt that the records, documents, information exist. Whereas the Excutive Office of the United States Attorney has confirmed the exist of the request.

9. The DEA has not conducted an adequate search responsive to the request and has failed to respond properly to the request and complaint, which constitutes an outright violation an denial of the FOIA.

10. The subject of this declaration and statements set forth herein are true and correct on the basis of my personally knowledge or based on the information acquire by me.

Pursuant to 28 U.S.C.§1746, I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED THIS 02 DAY OF MAY 2007.

[3]

Respectfully Submitted,

*[signature]*

DEMETRIUS MCLAUGHLIN
REG#41297-018

CERTIFICATE OF SERVICE

I Demetrius Mclaughlin, hereby certify that a true and correct copy has been furnished to the prison mail to be served by U.S.MAIL to all interest parties on this 02 day of MAY 2007.

JEFFREY A. TAYLOR,
UNITED STATES ATTORNEY

RUDOLPH CONTRRAS,
ASSISTANT UNITED STATES ATTORNEY

MADELYN E. JOHNSON,
ASSISTANT UNITED STATES ATTORNEY

WILLIAM C. JOHNSON,
UNITED STATES SENIOR ATTORNEY
ADMINISTRATIVE LAW SECTION
U.S. ATTORNEY OFFICE RM E4114
555 4th street N.W.
WASHINGTON, D.C. 20530

Respectfully Submitt

*[signature]*

[4]