# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

DEMETRIUS MCLAUGHLIN,

    Plaintiff

**vs.**　　　　　　　　　　　Civil Action No. 06-2048(RMC)

DEPARTMENT OF JUSTICE,

    DRUG ENFORCEMENT AGENCY,

    EXECUTIVE OFFICE (USAO),

**RECEIVED**

JUL 2 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____/

## PLAINTIFF'S MOTION FOR JOINDER OF CLAIMS AND REMEDIES

Pursuant to Fed.R.Civ.Proc. 19(a), the moving Plaintiff hereby move for Order of Joinder of Claims and Remedies. In the alternative, the Court is asked to grant this requeest for Permissive Joinder of Parties in favor of the moving Plaintiff, pursuant to Fed.R.Civ.Proc. Rule 20[1] (a) because in the alternative in respect of Defendants has failed to comply with the rquirement of 5 U.S.C.§ 552. Plaintiff is entitle to relief as a matter of Law[2]. The Court is respectfully referred to the accompanying memorandum and to the statement of material facts accompanying this motion.

_____

[1] All person (and any vessel, cargo or other property subject to admiralty process in rem) may be joined in one action as defendants if there is asserted against them jointly, severally, or in the alternative, any right to relief in respect of or

Respectfully Submitted

DEMETRIUS MCLAUGHLIN
REG#41297-018

arising out of the same transaction, occurrence, or series of
transaction or occurrence and if any question of law or fact
common to all defendant will arise in the action. A Plaintiff
or defendant need not be interested in obtaining or defending
against all the relief demanded. Judgment may be given for one
or more of the Plaintiffs according to their respective rights
to relief, and against one or more defendants according to their
respective liabilities.

2

§552. (a) Each agency shall make available to the Public
information as follows:
(B) In making any record available to a person under this paragra-
ph, an agency need not provide the record in any form or format
requested by the person if the record is readily reproducible
by the agency in that form or format. Each agency shall make
reasonable efforts to maintain its records informs or formats
that are reproducible for purpose of this section.
(C) In responding under this paragraph to a request for records,
an agency shall make reasonable efforts to search for the records
in electronic form or format, except when such efforts would
significantly interfere with the operation of the agency's automa-
ted information system.
(D) For purpose of this paragraph, the term "search" means to
review, manually or by automated mean, agency records for the
purpose of locating those records which are responsive to a reque-
st.

-2-

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT COLUMBIA

DEMETRIUS MCLAUGHLIN,

    Plaintiff,

vs.                        Civil No. 06-2048(RMC)

DEPARTMENT OF JUSTICE,

    DRUG ENFORCEMENT AGENCY,

    EXECUTIVE OFFICE (USAO),

_____/

## PLAINTIFF'S STATEMENT OF MATERIAL FACTS AS TO WHICH THERE IS A CLAIM AND REMEDY FOR RELIEF

Pursuant to Fed.R.Civ.Proc. Rule 8(4), the Plaintiff hereby submits the following statement of material facts as to which there is a Claim and Remedy for Relief exists. The declaration of, Plaintiff Demetrius Mclaughlin, supports this statement:

This Honorable Court jurisdiction were invoke pursuant to 5 U.S.C.§ 552 and 552a(4)(B) of the Freedom of Information and Privacy Act. On the 02th day of November, 2006, Plaintiff file with the Court a Complaint For Declaration of Injunctive Relief. This Court has the jurisdiction to grant the requested Relief of production of said agency records, documents pursuant

to 5 U.S.C.§ 552, and 552a of the FOIA/PA of any all records, docments, information and policy that were generated by or in the possession of each agencies of DEA and EOUSO, that relates to the indictment of Plaintiff through June 2002 of March 2004, case No. 8:03-CR-226-T-17MSS. That the claim arise out of the same transaction, and relief is based on the same relief.

2. The facts are, that on or about September or October, Plaintiff submitted a request to the United States Attorney Office, of the middle district of Florida Tampa Division. See exhibit (A). And submitted the second request to the EOUSA in Washington D.C. one week later.

3. The Middle District Florida Tampa Division, forward the request to the main office in Washington D.C.. The Executive Office for United States Attorney, responded stating that it had received the request. Informed Plaintiff that he could narrow the request to get a quicker response. see exhibit (B) and see exhibit (C) of narrowing the request. But the agency failed to expedite the request of reduction as stated in the response. Plaintiff appealed on the 13th day of December 2006. see exhibit (C) attachment and on the 14th day of January. exhibit (C). The EOUSA responded informing the Plaintiff of the amount owed for search time was $70.00 dollars. The EOUSA stated that had receive 640 of records that were potential responsive to the request. That the prosecution withheld a 1000 pages of public documents, that would be available at a charge. see attachment of exhibit (C). The Plaintiff appeal to the head Office of the agency failure to respond. see attachment exhibit (C).

4. In the month of March 12, 2007 the (EOUSA) responded by informing Plaintiff that the $70.00 must be paid before document could be released. see exhibit (D). The Plaintiff sent a money order in the amount of $70.00 dollars the (EOUSA). see exhibit(D) attachment. On the 13th day of March 2007, (EOUSA) responded to the appeal file by Plaintiff, stating that there has been no adverse determination had been made. That there were no action for the office to take. see attachment of exhibit (D).

5. The (EOUSA) only released 41 page out of 164 pages and 271 pqage plus a CD and Cassette tape original. exhibit (D). Plaintiff appealed to the head office. Stating that he's objecting to only receiving 41 page out of 1,640 and to resubmit another request for the 1,000 pages. see attachment exhibit (D). Plaintiff submitted another requesting a copy of the 1,000 page that was withheld (EOUSA). see exhibit (E) and attachment of certified mail receipt. The (EOUSA) failed to respond to the request as provide by 5 U.S.C. § 552. A appeal were filed with the head office, and still there has been no response.


I Demetrius Mclaughlin, being first duly sworn, depose and make under oath that the following Declaration, is pursuant to Title 28 U.S.C.§ 1746, that every statement in support of this motion and declaration is correct and true to the best of my knowledge and belief..

Respectfully Submitted

DEMETRIUS MCLAUGHLIN
REG#41297-018

-3-

CERTIFICATE OF SERVICE

I DEMETRIUS MCLAUGHLIN, hereby certify that a true and correct copy of the forgoing Declaration and the Motions Claim and Remedy for Relief and Joinder of Claim and Remedies, has been furnished to the prison mail to be served by U.S. Mail to all interest parties on this _____ day of July 2007.

Respectfully Submitted

DEMETRIUS MCLAUGHLIN
REG#41297-018

-4-

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA


DEMETRIUS MCLAUGHLIN, Pro-Se

    Plaintiff,

vs.                                    Case No.06-2048(RMC)

U.S.DEPARTMENT OF JUSTICE,

    DRUG ENFORCEMENT AGENCY

     EXECUTIVE OFFICE (USAO),

_____/


ORDER

    Upon Consideration of the Plaintiff's Motion for Joinder of Claim and Remedies, Or In The Alternative, Permissive Joinder of Parties, the grounds stated therefore, and the entire record herein, it is this____day of _____, 2007, hereby

    ORDERED that Plaintiff's motion should be and it hereby is granted; and it is,

    FURTHER ORDERED that defendant be and hereby is joined as a defendant Executive Office for United States Attorneys.


_____
UNITED STATES DISTRICT JUDGE

Demetrius Mclaughlin
REG#41297-018
FCC COLEMAN-USP
P.O.BOX 1033
COLEMAN, FL,33521

William G. Stewart II
Acting Assistant Director
1425 New York Ave. Suite 11050
Washington D.C 20530

# United States District Court

FOR THE ———————————— DISTRICT OF   COLUMBIA ————

DEMETRIUS MCLAUGHLIN

     Plaintiff

       **V.**

U.S. DEPARTMENT OF JUSTICE
    EXECUTIVE OFFICE for UNITED STATES ATTORNEY
    1425 New York Avenue Suite 11050
    Washington D.C., 205300-0001.

    TO: (Name and address of defendant)
    WILLIAM G. STEWART II
    Acting Assistant Director
    1425 New York Ave. Suite 11050
    Washington, D.C. 20530-0001.

## SUMMONS IN A CIVIL CASE

CASE NUMBER:  06-2048(RMC)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within ___Twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK _____

DATE _____

(BY) DEPUTY CLERK _____

FROM:DEMETRIUA MCLAUGHLIN
     REG#41297-018
     FCC COLEMAN-USP
     P.O.BOX 1033
     COLEMAN,FL,33521-1033


TO:FREEDOM OF INFORMATION OFFICER
   UNITED STATES ATTORNEY
   400 N.TAMPA STREET. SUITE 3200
   Tampa,FL,33602


     Dear..:Sir,Ms

        This letter serves as my request pursuant to the prov-
ision of the Freedom of Information Act(5U.S.C.§552 and Privacy
Act (5U.S.C.§552a(d)(1)and applicable to state statute governing
the Freedom of Information Act request.

        Please send me copies of any and all documents records
policy and information that were used in connection with the indi
ctment of this case number 8:03-CR-226-T-17MSS and the prosecutio
of said case number. This includes and not limited to the trial
that were conducted  on the case number of the requester. Which
is result of a ongoing investigation that were conducted by Pasco
County Sheriff's Office Detective and Deputies and the Drug
Enforcement Agency (DEA) 0f the Middle District of Florida Tampa
Division which join and participated in the investigation of
the illegal manufacturing of methamphetmine in the area of Pasco
County on or approximately May,2002,through March 2004.This
request is sought specifically for mendment,deletion and or
expungement (5U.S.C.§552a)(d)(2)a of records maintained by your
agency. The records sought but limited to is the compiled filein
case # 8:03-CR-226-T-17MSS containing.

        1) Requesting any and all documents records,information
and policy of the requirement of the Herndo Sheriff's Office
Narcotic Detective for assisting other Law Enforcement agency.
This includes but not limited to the information gather from the
assistance that were given on this investigation.


        2) This includes copies of any and all documents,record
and information policy that were connected to the surveillance that
used and its equipment such as the Aviation Unit of the Pasco county
helicopter,flightplan,signin sheet sign out sheet and the Aviation
sheet on months of July 16,02 times 5pm 8pm,and August 10,02 times
4pm 8pm.

        3) This includes copies of any and all documents records,
policy sand information on holding tape recording of radio communic-
ation and the making of radio transcripts in connection with a
investigation this includes the communication for July 16,02 of the

investigative stop conducted by Pasco County sheriff Office
Detectives of Requester. This is not limited to any photo that were taken.

4) Requesting any and all copies of documents,records,policy,
and information in connection with the traffic stop conducted by Pasco
County Sheriff's Office Detective and its Deputies on July 16,02 of
Requester on Old Lakeland Highway Road North of Lynnbrook. Which were
part of the investigation .

5)Requesting any and all copies of documents,records,informat-
ion and policy on the collecting of evidence and the destroying of the
evidence in case No:8:03-CR-226-T-17MSS.This includes the photos that
were taken of any said evidence.

6)Requesting any and all copies of documents,records,informat-
ion and policy of the taking notes,reports,memorandums,in connection,to
the on going investigation. This would include notes,logs,and reports
that were taken on July,16,02 of the surveillance that were conduct
durning the investigation.

7)This includes any and all documents,records,information,and
policy on the closing of a investigation in this case No.8:03-CR-226-
T-17MSS such as final reports,notes, and photos of said evidence.

8)This includes any and all documents,records,and information
in connection to the interview,reports,that were conducted and complete
by the agencies and the policy on such steps of the course of the inves-
tigation through May,2002 to March,2004.

As you know,the Freedom of Information Act provides that
a portion of a document are exempt from release the remainder must
be segregate and disclosed.Therefore, I will expect you to send me
all nonexempt portion of the record which I have requested and ask
that you justify any deletion with reference to specific exemption
of FOIA. The information requested is not to be used for commercial
benefit so I do not expect to be charge fees for your review of the
mmaterial to see if it falls with in one of FOIA"s exemptions.

I promise to pay for search and duplication cost in connection
withe request.However please notify me ahead of time if you estimate
that the total of fees will exceed $25 so I can approve the additional
amount.

7. This is to include any an all documents records and information in connection to the interviews,reports completed by this agency in the course of the investigation through May,2002 to March,2004.


## CERTIFICATE OF SERVICE

I do,hereby certify that a copy hereof has been furish by U.S. Mail to the above address this____day September,2006.




Respectfully Submitted


DEMETRIUS MCLAUGHLIN
REG#41297-018
FCC COLEMAN-USP
P.O.BOX 1033
COLEMAN⊔FL,33521-1033



**UNITED STATES POSTAL SERVICE®**

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: 7005 3110 0003 2881 8609
Status: **Delivered**

Your item was delivered at 9:00 am on September 20, 2006 in TAMPA, FL 33602.

( Additional Details > ) ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

## Notification Options

Track & Confirm by email

Get current event information or updates for your item sent to you or others by email. ( Go > )

---

POSTAL INSPECTORS    site map    contact us    government services    jobs    **National & Premier Accounts**
Preserving the Trust

...ght © 1999–2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ 39 | |
| Certified Fee | 2.40 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | 2006 SEP 18 1:24 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $2.49 | |

Sent To  United States Attorney
Street, Apt. No.; or PO Box No.  400 N. Tampa Str. Suite 3200
City, State, ZIP+4  Tampa FL. 33602

PS Form 3800, June 2002    See Reverse for Instructions

7005 3110 0003 2881 8609



**U.S. Department of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information/Privacy Act Staff*
*600 E Street, N.W., Room 7300.*
*Washington, D.C. 20530*
*202-616-6757  Fax 202-616-6478*

Request Number: _06-3274_____    Requester: _Demetrius McLaughlin___    OCT 2 3 2006

Subject: _Self /FLM_____

      The Executive Office for United States Attorneys (EOUSA) has received your Freedom of Information Act/Privacy Act (FOIA/PA) request. It has been assigned the above number. <u>Please give us this number if you write about your request.</u> If we need additional information, we will contact you within two weeks.

      Your request will be placed in the order in which it was received for processing, unless it is a very large request (Project Request). Then, it will be placed in a separate group of Project Requests, which are also processed in the order received.

      EOUSA makes every effort to process most requests within a month (20 working days). There are some exceptions, for example, Project Requests take approximately nine months to process. Requests for "all information about myself in criminal case files" are usually Project Requests. If you have made such a request, you may either write us and narrow your request for specific items, or you may expect that the processing of your request may take nine months from the date of this letter.

      By making a FOIA/PA request, you have agreed to pay fees up to $25, as stated in 28 CFR § 16.3(c), unless you have requested a fee waiver. Please note that pursuant to 28 CFR § 16.11, we are required to charge fees for time used to search for the documents you have requested and for duplication of all pages released to you. Normally, search time is charged at a rate of $28 per hour after the first two hours which are free, and duplication fees are $0.10 per page after the first 100 pages which are free. <u>Please do not send any payment at this time!</u> If we anticipate that fees will exceed $25 or the amount you have stated in your letter (if greater than $25), we will normally notify you of our estimate of fees. After we have received your agreement to pay for the expected fees (or you have narrowed your request to reduce fees) and we have processed your request, we will require payment for the accumulated charges before we release documents to you. Without such payment, your request file will be closed without further action.

                               Sincerely,

                               *William G. Stewart*

                               William G. Stewart II
                               Acting Assistant Director

Form No. 001 -1/06

FROM: DEMETRIUS MCLAUGHLIN
REG#41297-018
FCC COLEMAN-USP
P.O.BOX 1033
COLEMAN,FL,33521

Nov.05,06

TO:U.S.Department of Justice
EOUSA/FOIA/PA
BICN BLDG.RM 7300
600 E.STREET N.W.
Washingtong,D.C.20530

RE:Notice of receipt of FOIA request,Req.No.06-3274

Subject:FOIA/PA reduction of request to specific items and for

expedited processing thereof.


Dear,Mr,Ms...:

I am in receipt of the above reference letter post marked

Oct.27,06 and receive on Oct.31,06 thus informing me that my req-

uest has been receive and has been placed in a group of Project

Request. Furthermore informing me that the Department EOUSA will

make every effort to process the request within a month 20 workin

days in a exception of narrowing the request for specific items.

Acccordingly I reserve my right with respect to my request to re-

duce for any and all docments in an effort to expedite my request

and to reduce research time  and or eliminate possible costs I am

hereby reducing my request for the specific documents records

according with the above reference letter:

1)A copy of the Aviation record or report for the mths of

July 16,02 an August 10,02 of the surveillance that was conducted

by the Pasco County Sheriff Aviation Unit and Detectives that

relates to said case an the above mention dates.

2)A copy of the report or documented evidence tha was

collected in this case No.8:03-CR-226-T-17MSS in it's entirety.

3) A copy of report or record from the July 16,02 traffic stop which was conducted by the Pasco County sheriff Detectives that is connected to this case . This include thier surveillance record or reports.


I would like to thank you in advance for your participation in this matter. THANK YOU!


Respectfully Submitted

DEMETRIUS MCLAUGHLIN
REG#41297-018
FCC COLEMAN-USP
P.O.BOX1033
COLEMAN, FL,33521-

10

FROM: DEMETRIUS MCLAUGHLIN
REG#41297-018
FCC COLEMAN-USP
P.O.BOX 1033
COLEMAN,FL, 33521

                              12-13-06

TO:FOIA/PA DIVISION
U.S.DEPARTMENT OF JUSTICE
EOUSA
600 E.STR.N.W. Rm7300
WASHINGTON,D.C.20530


        RE: This is an Appeal from this office failure to resond
            in case#06-3274

            Subject: FOIA/PA reduction of request, No.06-3274
                     for expedited processing thereof.

                              **APPEAL**

        Dear,Sir,Ms..:

            This letter serve as an Appeal under the Freedom of info-
    rmation and the Privacy Act FOIA 5USC§552 and of 5USC§552a PA. On
    the date of Nov.05,06 I made a request to this agency of EOUSA
    for U.S.Department of Justice see exhibit (A) which contain a cop
    of reduction of the requested material. This agency informed me
    that if I would reduce the request it would process the request
    within a month (20) working days.See exhibit B. a copy of this
    agency response to the FOIA/PA request for the records.

            Whereas, this agency for the U.S.Department of Justice
    of EOUSA has failed to expedite as stated in it's Letter. Where
    the request has been reduce to specific items as requested.

            Please be informed that I consider the requested material
    clearly releasable under the FOIA/PA and consider this agency pol
    icy to be arbitrary and capriciouse.Whereas, this agency EOUSA
    for the U.S.Department of Justice is in violation of the FOIA 5.
    U.S.C.§552(1)(2)(3) and the Privacy Act 5 U.S.C.§552a(e)(5) in
    failing to provide said Requester of the requested records that
    are necessary in the assuring of fairness.

                                   Respectfully Submitted


                                   _____

                                   DEMETRIUS MCLAUGHLIN

FROM:DEMETRIS MCLAUGHLIN
REG#41297-018
FCC COLEMAN-USP
P.O.BOX 1033
COLEMAN, FL,33521


TO:U.S.DEPARTMENT OF JUSTICE
EOUSA/FOIA/PA UNIT                              12-18-06
600 E.W.RM7300
WASHINGTON,DC 20530



        Dear.Sir, Ms..:

        This letter is in regard to the Appeal that was filed
on 12-14-06 informing this **Unit** that Resquester was filing Appeal
for it's failure to respond to his request for reduction of mater
ial in order for the requested material to be expedited.
        Please be informed that I no longer wish to have the req
uest reduced nor expedited but to furnish with all the documents
and material in concerns of the request and I shall pay the neces
sary fees. Therefore I wait patiencely for the first hundred page
of the requested material and I expect a index of the material
that shall be withheld from.


                        Respectfully Submitted


                        _____
                        DEMETRIUS MCLAUGHLIN

<u>CERTIFICATE OF SERVICE</u>

      I do hereby, certify that a copy has been furnish by U.S
Mail to the address of above on this____day of December,2006.


Respectfully Submitted


DEMETRIUS MCLAUGHLIN
REG#41297-018
FCC COLEMAN-USP
P.O.BOX 1033
COLEMAN, FL,33521-1033

Requester Demetrius McLaughlin        Request Number 06-3274

### CHOOSE ONE

___**I understand that I am entitled to the first 100 pages free.**  If you have found releasable documents, send me the free documents and close my case.

___Please do not process any longer.  I wish to withdraw my request (for no fee).

XXX I agree to pay the search fee indicated above.  **I understand that this payment is required even if no documents are released to me.**   In the event that documents are released to me, I understand that I may be charged duplication fees in addition to search fees.

___I wish to reformulate my request in an attempt to reduce fees.  Please limit my request to the following documents, and notify me of any revised fee amount._____

I agree to pay the search fees indicted above and any additional

fees for the remaining documents. Please send the first hundred

pages and whatever payment plans that you deem necessary.

I look forward to your response and would like thank you for

your cooperation in this matter.
Please note that a search for specific records may increase search time and fees).

_____         12-18-06
Name                            Date

Please return to:

EOUSA
FOIA/PA
600 E. Street, N.W., Room 7300
Washington D.C., 20530



**United States Department of Justice**

Executive Office for United States Attorneys

---

FOIA and Privacy Act Staff

*Suite 7300, Bicentennial Building*          *(202) 616-6757*
*600 E Street, N.W.*                         *FAX (202) 616-6478*
*Washington, DC 20530*

Request Number: 06-3274

Requester: Demetrius McLaughlin                    DEC 1 1 2006

Dear Mr. McLaughlin:

We have completed a search for documents responsive to your FOIA/PA request (which we interpreted as for all records on yourself). The Middle District of Florida spent 2.5 hours of search time beyond the two hours of search time provided to you at no charge. Our fee for search time is $28 per hour, thus resulting in a fee for search time of $70. In addition, the district forwarded to us about 640 pages of records that are potentially responsive to your request. This does not include about 1000 pages of public records that were held back in the district, but would be available to you for a charge. Although not all of these pages are likely to be released to you, you should note that we charge $0.10 per page for duplication of documents that are released to you after the first 100 pages, which are free. Therefore it is clear that charges will exceed $25.

In accordance with Federal Regulation 28 CFR 16.11(e), when a requester has been notified that estimated fees amount to more than $25.00, the request shall not be considered received and further work shall not be completed until the requester agrees to pay the anticipated fees. If you wish to reduce the amount of fees, you may reformulate your request. Records identified for release after processing will not be released until payment has been received.

In order for your request to be processed, we must hear from you within 30 days of the date of this letter or we will close your request. Please complete the attached form and return to the above address. If you have any questions about this letter or the form to be completed, or if you wish to discuss the possible narrowing of your request you may call Attorney-Advisor Garry Stewart at 202-616-3450.

                              Sincerely,

                              *William G. Stewart*

                              William G. Stewart II
                              Acting Assistant Director

Note: You may appeal this response by writing within 60 days to the Office of Information and Privacy, United States Department of Justice, 1425 New York Avenue, Suite 11050, Washington D.C. 20530-0001.

Form No. 017p1 - 4/2000    **THIS IS NOT A BILL.  DO NOT SEND MONEY!**

FROM:DEMETRIUS MCLAUGHLIN
      REG#41297-018
      FCC COLEMAN-USP
      P.O.BOX 1033
      COLEMAN, FL33521


TO:OFFICE OF FREEDOM and PRIVACY ACT
    U.S.DEPARTMENT OF JUSTICE EOUSA
    1425 New York Avenue,Suite 11050
    Washington, DC 20530-0001


**DIRECT RESPONSE TO:**
DEMETRIUS MCLAUGHLIN
REG#41297-018

01-14-07
                                        **APPEAL**


        Dear,Sir,Ms..:


        This is an **Appeal** under the **Freedom of Information Act, FOIA**
5 U.S.C.§552 and of the **Privacy Act, 5 U.S.C.§552a**. On the date of
September 15,18, the requests for FOIA/PA were made to your agency
in first sending a copy of the same request to the Middle district
of FLorida Tampa Division EOUSA by certify mail, see exhibit A and
then sending the same copy to Washington,DC BICN BLDG. In which I
receive a response on October 30,06 from the Middle District of
FLorida informing me that my request had been forward to the Head
Office. To which I was informed by that Office that my request would
be placed in a Group Project Request. In which the Office informed me
that the Department of EOUSA will make every effort to process the
request within a twenty (20) working days in a exception of narrowing
the request for specific items. On the month of November 05,06 I
informed the agency EOUSA of my desire to having the request expedite
but also informing the Office of reserving the right to any and all
records, documents and information sent certify. see exhibit B. In
the month of December 13,06 I sent this agency an appeal of it's
failure to expedite and process the request as promised, see exhibit C
stamped the 14 of December. On the date of December 15,06 , I receive
a letter from the agency EOUSA informing me it had receive 640 pages of

records from the Middle District of Florida, to which I was informed to fill out the attach form an complete it and send back, which where mailed back on the month of December 18,06. see exhibit and it's atachment.

Whereas, this agency of the Executive Office for the United States Attorneys has failed to produce any documents of the request pursuant to 5 U.S.C.§ 552 and 5 U.S.C.§552a of the Privacy Act and thereby failing to response with in the lawful time period or limits. Please be advised that I consider the requested material clearly releasable under FOIA/PA and consider your agency policy to be arbitrary and capricious.

Whereas this agency of EOUSA is in violation of the FOIA 5 USC 552(1)(2)(3) and the PA 5 USC 552a(e)(5), of the Privacy Act provides that each agency that keep a system of records must maintain all record with accuracy, relevance timelines completeness as is reasonable necessary to ensure fairness to an individual in the determination. Therefore, be advise that within 20 working days if I don't receive any response or the first hundred pages as this has informed me of it's receiving the 640 pages and the thousand pages of other Public records in it's possession .

Respectfully Submitted

DEMETRIUS MCLAUGHLIN
REG#41297-018
FCC COLEMAN-USP
P.O.BOX 1033
COLEMAN, FL,33521

[2]



**U.S. Department of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information/Privacy Act Staff*
*600 E Street, N.W., Room 7300*
*Washington, D.C. 20530*
*202-616-6757  Fax 202-616-6478*

MAR 1 2 2007

Requester: **Demetrius McLaughlin**                    Request Number: **06-3274**

Subject of Request: **Self/FLM**

Dear Requester:

        Your request for records under the Freedom of Information Act/Privacy Act has been processed. This letter constitutes a reply from the Executive Office for United States Attorneys, the official record-keeper for all records located in this office and the various United States Attorneys' Offices.

        To provide you the greatest degree of access authorized by the Freedom of Information Act and the Privacy Act, we have considered your request in light of the provisions of both statutes.

        The records you seek are located in a Privacy Act system of records that, in accordance with regulations promulgated by the Attorney General, is exempt from the access provisions of the Privacy Act. 28 CFR § 16.81. We have also processed your request under the Freedom of Information Act and are making all records required to be released, or considered appropriate for release as a matter of discretion, available to you. This letter is a [ **X** ] partial [    ] full denial.

    **29**    page(s) are available to be released in full (RIF);
    **12**    page(s) are available to be released in part (RIP);
    **164**    page(s) are withheld in full (WIF).  **The redacted/withheld documents were reviewed to determine if any information could be segregated for release.**

        [ **X** ]   After reviewing all the documents, we have determined that we can make a partial release. Therefore, 41 pages are available for release to you. In response to our letter to you dated December 11, 2006, you agreed to pay for search and any additional fees for the remaining documents. The first 100 of those pages are free. Search time is charged at a rate of $28 per hour/$7 per quarter and copying at a rate of $0.10 per page. You will receive 2 hours free out of 4.5 hours of search time. A $_____ review, $ **70.00** search, and/or $_____ copying fee is being assessed for these records. If you would like these records, please send a check or money order for    $ **70.00** , payable to the Treasury of the United States. Payment should be mailed to the Freedom of Information Act/Privacy Act Staff, 600 E Street, N.W., Room 7300, Washington, D.C. 20530. **If payment is not received within 30 days from the date of this letter, any future requests for records will be rejected until payment is received.**

(Page 1 of 2)

Form No. 021- fee/bill - 2/06

In addition, a review of the material revealed:

[ **X** ]   **272**  page(s), **1** CD-R & **1** cassette tape originated with another government component. **These records were found in the U.S. Attorney's Office files and may or may not be responsive to your request.** Once we have received the above payment, these records will be referred to the following component(s) listed for review and direct response to you: **Drug Enforcement Administration (DEA)/270 pages, 1 CD-R & 1 cassette tape & United States Marshals Service (USMS)/2 pages**.

[ **X** ]   There are public records which may be obtained from the clerk of the court or this office, upon specific request.  If you wish to obtain a copy of these records, you must submit a new request.  These records will be provided to you subject to copying fees.

This is the final action on this above-numbered request.  You may appeal this decision on this request by writing within 60 days from the date of this letter to the **Office of Information and Privacy, United States Department of Justice, 1425 New York Avenue, Suite 11050, Washington, D.C. 20530-0001**.  Both the letter and envelope should be marked "FOIA Appeal." If you are dissatisfied with the results of any such administrative appeal, judicial review may thereafter be available in U.S. District Court, 28 C.F.R. §16.9.

Sincerely,

William G. Stewart II
Acting Assistant Director

Enclosure(s)





**U.S. Department of Justice**

Office of Information and Privacy

_____

_Telephone: (202) 514-3642_                    _Washington, D.C. 20530_

**MAR 1 3 2007**

Mr. Demetrius McLaughlin
Register No. 41297-018
United States Penitentiary                    Re:    Appeal No. 07-0631
Post Office Box 1033                                  Request No. 06-3274
Coleman, FL  33521                                    JTR:CIH

Dear Mr. McLaughlin:

     You attempted to appeal from the failure of the Executive Office for United States Attorneys (EOUSA) to respond to your request for access to records pertaining to yourself.

     Department of Justice regulations provide for an administrative appeal only after there has been an adverse determination by a component. <u>See</u> 28 C.F.R. § 16.9 (2006).  As no adverse determination has yet been made, there is no action for this Office to consider on appeal.  In particular, the Freedom of Information Act itself contemplates judicial review, rather than an administrative appeal, when an agency has failed to respond to a request within the statutory time limits. <u>See</u> 5 U.S.C. § 552(a)(6)(C)(i).

     I have forwarded your letter to EOUSA.  You may also wish to contact it directly and inquire about the status of your request.  You may appeal any future adverse determination made by EOUSA.

                             Sincerely,

                             Janice Galli McLeod
                             Associate Director

FROM :DEMETRIUS MCLAUGHLIN
REG#41297-018
FCC COLEMAN-USP
P.O.BOX 1033
COLEMAN, FL, 33521

DERICT RESPONSE TO:
DEMETRIUS MCLAUGHLIN
REG#41297-018

May 30, 07

TO:FREEDOM OF INFORMATION/PA
U.S.DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR UNITED STATES ATT.
600 E. STREET N.W. STE 7300 BIC/BLDG
WASHINGTON D.C. 20530-0001

IDENTIFICATION OF REQUESTER
DEMETRIUS MCLAUGHLIN
REG#41297-018
ALLIAS:DEKE
DOB:11-07-73
POB:LAKELAND, FL,
SSN: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

Dear, Sir, Ms...:

This letter serves as my request pursuant to the provision of Freedom Information Act ( FIOA 5 U.S.C.§552) and the Privacy Act (PA 5 U.S.C.§552a). This Request is in regards to the One thousand page of Public Records, that in this Office possession in which has inform me of such records. see attachment.

I am requesting copies of any and all documents, records, and information inconnection with the investigation that lead to the indictment and is a part or contain in the Public Records.

I am requesting copies of search warrants and police report and the copies of documents, records, of all Agency that provide assistance and its Units such as the Aviation Unit of Pasco County Sheriff's Office on July 16,02 and August 02. This would include reports of the surveillance that was conduct July 16, and Aug. 02.

I am requesting any and all Court documents records that was filed and connected to the indictment number 8:03-CR-226-T-17MSS and papers with my name on them.

I promise to pay reasonable search and duplication costs in connection with this request. However, please notify me ahead of time if you estimate that the total fees will exceed $30 dollars so I can approve the additonal amount.

## CERTIFICATE OF SERVICE

I do, hereby certify that a copy hereof has been furish by U.S. Mail through the prison mail system on this 30th day of May, 2007.

DEMETRIUS MCLAUGHLIN
REG#41297-018

[2]



Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: **7005 3110 0003 8087 6029**
Status: **Delivered**

Your item was delivered at 4:35 AM on June 5, 2007 in WASHINGTON, DC 20530.

( Additional Details > )   ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

(

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.   ( Go > )

POSTAL INSPECTORS     **site map**   **contact us**   **government services**   **jobs**   **National & Premier Accounts**
Preserving the Trust        Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

FROM:DEMETRIUS MCLAUGHLIN
REG#41297-018
FCC COLEMAN-USP
P.O.BOX 1033
COLEMAN, FL 33521

07

RE: Appeal number 07-1174

Dear, Sir, Ms....:

This is an appeal, pursuant to the Freedom of Information Act FOIA 5 U.S.C.§552 and of Privacy Act 5 U.S.C.§552a. In the month of April 25, 07 the Executive Office fro the United States Attorney, Operation Unit Staff responded to my request that were in compliance with FIOA & PA. The Office forward to me forty-one (41) page of document that nothing to do with my request.

1. I am now appealing the agency reply to my Request in its failure to provide me with a vaugh index of the documents records that were withheld.

2. I am now appealing the agency failure to release copies of the Police reports from the traffic stop on July 16, 02 and the surveillance reports of that day.

3. I am appealing the agency failure to release the One thousand pages in its possession that contains to my Request of the Public Records.

4. I am appealing the agency failure to release 272 page that in its possession and the 1 CD-R and 1 cassette tape that is also in its possession..

DEMETRIUS MCLAUGHLIN
REG#41297-018