UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **DEMETRIUS MCLAUGHLIN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civ. Action No. 06-2048 (RMC) |
| | ) | |
| **U.S. DEPARTMENT OF JUSTICE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Plaintiff Demetrius McLaughlin moves for judgment by default. Defendant is not in default, however. On February 8, 2007, the Court issued a Minute Order giving Defendant until March 7, 2007, to file a response to the complaint. On March 7, 2007, Defendant filed a motion to dismiss or, in the alternative, for summary judgment. *See* Dkt. Nos. 10-11. Because Defendant has timely responded to the complaint, the clerk has not entered default and Plaintiff is not entitled to default judgment. *See* Fed. R. Civ. P. 55(a) (requiring the clerk to enter a default upon a showing of defendant's failure "to plead or otherwise defend as provided by these rules"). Accordingly, it is hereby

**ORDERED** that Plaintiff's Motion for Judgment by Default [Dkt. No. 9] is **DENIED**.

**SO ORDERED.**

Date: August 28, 2007                                  /s/
                                                    ROSEMARY M. COLLYER
                                                    United States District Judge