UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMETRUIS MCLAUGHLIN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEPARTMENT OF JUSTICE DRUG )<br>ENFORCEMENT ADMINISTRATION, )<br>)<br>Defendant . )<br>_____ ) | Civil Action No.  06-2048 (RMC) |

DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

Defendant, through undersigned counsel, respectfully moves for a one-day enlargement of time, to and including September 5, 2007, of the deadline set in the Court's minute order entered August 20, 2007, in which the Court directed the defendant to file a reply to the most recent pleadings filed by the plaintiff no later than September 4, 2007.

In support of this motion, defendant, the Drug Enforcement Administration, states that on March 7, 2007, defendant filed a motion to dismiss or for summary judgment in this case brought under the Freedom of Information Act (FOIA), 5 U.S.C. § 552. Plaintiff opposed.  Subsequently, plaintiff made numerous additional filings to which the Court's order directs the defendant to file replies.  Undersigned counsel has been diligently working on these filings and intended to complete them for filing today. However, due to the press of other business also due today after the long weekend, and

multiple unavoidable interruptions caused my matters in other cases, counsel's time was diverted and counsel was simply unable to complete the responses to plaintiff's filings in time for supervisory review.  Counsel will complete the filings tonight and thus will be able to file them on September 5, 2007.  Counsel also notes that she spent most of her time working on a motion for summary judgment in another case during the week of August 27, 2007, and was out of the office from the afternoon of August 30, 2007 until today.

Accordingly, defendant respectfully requests this brief one-day enlargement of time to complete the replies directed by the Court.  This is the first request for an enlargement of time that defendant has requested for this purpose.

Undersigned counsel has not consulted with plaintiff, who is incarcerated and proceeding *pro se*, making such consultation impracticable.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/

RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
MADELYN E. JOHNSON, DC Bar #292318
Assistant United States Attorney
U.S. Attorney's Office, Rm  E4114
555 4th Street, N.W.
Washington, D.C.  20530
*(202) 514-7135*

CERTIFICATE OF SERVICE

I CERTIFY that on September 4, 2007, plaintiff was served with a copy of the foregoing Motion for Enlargement of Time via first-class mail postage prepaid and addressed:

Demetrius McClaughlin
#41297-018
FCC Coleman-USP
P.O. Box 1033
Coleman, FL   33521-1033

_____/s/_____
Madelyn E. Johnson
Assistant U.S. Attorney
555 4th Street, N.W., Rm. E4114
Washington, D. C.  20530
(202) 514-7135

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| *DEMETRUIS MCLAUGHLIN,* ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | Civil Action No.  06-2048 (RMC) |
| ) | |
| *DEPARTMENT OF JUSTICE DRUG* ) | |
| *ENFORCEMENT ADMINISTRATION,* ) | |
| ) | |
| *Defendant .* ) | |
| _____) | |

P R O P O S E D    O R D E R

UPON CONSIDERATION of defendant's motion for enlargement of time, any response thereto, and the record in this case, it is this _____ day of _____, 2007

ORDERED that the motion should be, and hereby is, GRANTED, and it is further

ORDERED that the defendant shall have to and including September 5, 2007 within which to file the responses directed by the Court in its Minute Entry Order dated August 20, 2007.

_____
UNITED STATES DISTRICT JUDGE