UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMETRIUS MCLAUGHLIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-2048 (RMC) |
| | ) |
| DEPARTMENT OF JUSTICE DRUG | ) |
| ENFORCEMENT ADMINISTRATION, | ) |
| | ) |
| Defendant . | ) |
| _____ | ) |

DEFENDANT'S STATUS REPORT TO THE COURT

Defendant the Drug Enforcement Administration (DEA), through undersigned counsel, respectfully submits this status report to the Court regarding the materials referred to DEA from the Executive Office for U.S. Attorneys (EOUSA). These referred documents were discussed in Plaintiff's Motion of Claims for Relief and Judgment of Default and Defendant's Opposition thereto. In Defendant's Opposition, DEA stated that it was in the process of reviewing the referred material to determine if it is responsive and if so, whether it could be released to plaintiff. Dckt # 21, at 4. DEA concluded by stating that on September 28, 2007, Defendant would file a status report regarding the processing of these materials. Id. at 4 n.2.

Now that DEA has had the opportunity to review the documents, it has been determined that they are responsive to plaintiff's request. Accordingly, release determinations have been made and DEA anticipates that a response will be sent to

plaintiff next week. Thereafter, DEA intends to supplement its pending motion for summary judgment, which was filed on September 5, 2007. Defendant anticipates filing this supplement on or around October 16, 2007.

>Respectfully submitted,
>          /s/
> JEFFREY A. TAYLOR, D.C. BAR # 498610
> United States Attorney
>          /s/
> RUDOLPH CONTRERAS, D.C. BAR # 434122
> Assistant United States Attorney
>          /s/
> MADELYN E. JOHNSON, DC Bar #292318
> Assistant United States Attorney
> U.S. Attorney's Office, Rm E4114
> 555 4th Street, N.W.
> Washington, D.C. 20530
> *(202) 514-7135*

CERTIFICATE OF SERVICE

I CERTIFY that on September 28, 2007, plaintiff was served with a copy of the foregoing via first-class mail postage prepaid and addressed:

Demetrius McClaughlin
#41297-018
FCC Coleman-USP
P.O. Box 1033
Coleman, FL   33521-1033

_____/s/_____
Madelyn E. Johnson
Assistant U.S. Attorney
555 4th Street, N.W., Rm. E4114
Washington, D. C.  20530
(202) 514-7135