UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEMETRIUS McLAUGHLIN
      Plaintiff,

VS.               Civil Action No. 06-2048(RMC)

DEPARTMENT OF JUSTICE,
DRUG ENFORCEMENT AGENCY,
      Defendant,

## PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADING OR IN THE ALTERNATIVE, FOR INJUNCTIVE RELIEF TO ENJOIN EXECUTIVE OFFICE UNITED STATES ATTORNEY

    Pursuant to Fed. R. Civ. P. Rule 12(b) 7, (c), the moving Plaintiff hereby moves this Honorable Court for Judgment On The Pleading of Joinder of Claims and Remedies. In the alternative, the Court is ask to grant Injunctive Relief of Enjoining the pending agency proceedings, in favor of the moving Plaintiff, pursuant to Fed. R. Civ. P. Rule 18(a), because in the alternative with respect to defendant has answer to Plaintiff Motion for Joinder of Claims and Remedies. Plaintiff, is entitle to relief as a matter law. The Court is respectfully referred to the accompanying memorandum and the statement of material facts accompanying this motion.

# RECEIVED

NOV 1 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEMETRIUS MCLAUGHLIN,
       Plaintiff,

VS.

DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT AGENCY,
       Defendant,
_____

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT MOTION
FOR JUDGMENT ON PLEADING OR, IN THE ALTERNATIVE FOR
INJUNCTIVE RELIEF TO ENJOIN EXECUTIVE OFFICE UNITED STATES ATTORNEY.

      This Case arise from the Freedom of Information and the Privacy Act requests that were filed by Plaintiff. That pertains to the Defendants DEA and EOUS, of their failure to adequately process the requests of the Plaintiff. The Declaration of Demetrius McLaughlin, that shall provide Cause for relief, as to Judgment On Pleading or, In the Alternative For Injunctive Relief To Enjoin the EOUSA, and provide that there still an Genuine Issue in Dispute. In support thereof states the following:

## JURISDICTION
      This Court has and is granted jurisdiction by the Freedom of Information Act, 5 USC §552(a)(4)(B), to enjoin the agency from withholding records.

## Standard review of motion for Judgment on the Pleading

In a FOIA/PA action, a motion for Judgment on the Pleading, the Honorable Court should join the EOUSA as a party that were indispensable raised under Rule 12(c). United States vs. Metropolitan Life Ins. Co., 36 F.Supp 399, (E.D.Pa. 1941.

Plaintiff, contend that in the instant case at bar, that it would be proper for the Honorable Court to enter the Judgment on the Pleading of the Motion For Joinder of Claims and Remedies. That (1) it would be in the interest of the Public in avoiding a repeated lawsuit on the same subject matter. As well to the Parties in this case. That (2) the defendant has answer the Pleading and is incorrect in their holding. That (3) the defendant failure to join the EOUSA as a party pursuant to Rule 12(b) (4) of the Fed. R. Civ. P.

Furthermore, assert by Plaintiff, that it would be proper for the Honorable Court to exercise its jurisdiction to enjoin the EOUSA, while the pending resolution of the FOIA Claim. As in Renegotiation Bd. vs. Banner Craft Clothing, Co., Inc. 415 U.S.1, 94 S.Ct. 1028, 39 L.Ed.2d 123 (1944), here there would be no other adequate remedy for plaintiff but to file an additional lawsuit. That the granting of the injunction would not constitute an unwarranted inference with the administrative process. South west Motor Freight, Inc. vs. N.L.R.B., 411 F.Supp 1019 (E.D.Tenn. 1976).

Whereas, Its further, assert by Plaintiff, that this Honorable Court's has Jurisdiction to enjoin the agency EOUSA, is granted by Freedom of Information Act. 5 USC § 552 (a)(4)(B). Due to the fact that the EOUSA (1) improperly process by (2) withholding, records, documents, and Information, that are (3) agency records that were created through agency conducting an investigation. United States VS. Tax Analysts, 492 US 136, 106 LEd.2d 112, GTE Sylvania, Inc. VS. Consumer Union of United States, Inc 445 US 375, 63 LEd 2d 467. Plaintiff have not receive the One thousand page of public records.

Therefore, Plaintiff ask this Honorable Court grant this motion for Judgment on the Pleading of Joinder of Claim and Remedies.

Respectfully Submitted

Reet MKEhl.

## Certificate of Services

I Demetrius McLaughlin, hereby certify that a true and correct copy of the forgoing Motion For Judgment On The Pleading Or In The Alternative, For Injunctive Relief To Enjoin EOUSA, and the Statements of Material facts, the Memorandum Law, has been furnished to the prison mailroom to be served by U.S. Mail to all interest parties on this day 8th of November 2007.

Respectfully Submitted

Deet McGhll.

4 of 4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEMETRIUS MCLAUGHLIN,
          Plaintiff,

VS.

DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT AGENCY,
          Defendant,

PLAINTIFF'S STATEMENT OF MATERIAL FACTS AS TO
JUDGMENT ON PLEADING, IN THE ALTERNATIVE, INJUNCTIVE
RELIEF IN ENJOINING EXECUTIVE OFFICE UNITED STATES
ATTORNEY

PURSUANT to, Fed.R.Civ.P. Rule 8 (a) (3), the Plaintiff hereby submits the following statement of material facts as for Judgment on Pleading or In the alternative relief that exist for Injunctive Relief of Enjoining (EOUSA). The declaration of Plaintiff Demetrius McLaughlin, support this statement:

1.) On or about June 2007, Plaintiff file the motion For Joinder of Claims and Remedies with this Court and Defendants. Asking the Court, in alternative For Permissive Joinder of Parties.

2.) In or about the month of August this Court gave the Order for the Defendant's to Answer all Plaintiff's recent filings.

3.) On or about September 2004, Defendant filed the Motion in Opposition to Plaintiff's Motion For Joinder of Claims and Remedies. Further support the DEA's Motion for Summary Judgment. The Defendant, contended that the Permissive Joinder were not required and not appropriate in this Case. That the instant case was ripe for resolution. That EOUSA involved or referral to DEA would be in the incipient stages. That it was unclear from the record whether Plaintiff had exhausted the Administrative Appeal process in regard to the disposition of the request to EOUSA. That Plaintiff should not be permitted to ignore the process simply because he has already have a FOIA case pending in the District Court.

4.) On the 20th day of September 2004, Plaintiff responded to the Defendant's Opposition To Plaintiff's Motion For Joinder of Claims and Remedies, In Further Support of the DEA's Motion For Summary Judgment. Plaintiff, asserted that pursuant to Fed. R. Civ. P. Rule 20(a) Permissive Joinder is appropriate, because both the DEA and EOUSA (1) the asserted right to relief are the same and can be jointly, (2) the claims arise out of the same occurrance and that the facts are common to both defendants in the action. That (3) the asserted Claim are the same as in the original Claim.

5.) In the month of September 2006, in form of a letter Plaintiff sent to the Tampa Office of EOUSA. The letter requested any and all records, reports, documents, and information.

2 of 5

In regards to the investigation and Traffic stop conducted on the 16th day of July 2002. The request was sent certified see exhibit (B).

6.) On the 09th day of October 2006, Plaintiff filed and appeal. That in the form of a letter stating that the branch had failed to respond to the request as required under the statute. That he consider the requested material to be clearly releasable under FOIA. An asking the agency to reconsider their denying the request. See exhibit (C).

7.) In the month of December 2006, Plaintiff filed another appeal, contending that the EOUSA had failed to expedite as stated in their letter. That he further informed the agency that their policy was arbitrary and capriciously an in violation of the FOIA statute. See exhibit (D).

8.) Plaintiff, submitted a second letter to the agency informing them, That he no-longer wish to have his request reduce, but still requesting any and all information and for material to be expedit. See exhibit (E).

9.) In the month of January 2007, Plaintiff file appeal to the head office on 1425 New York Ave., Suite 11050 Washington D.C.. That pursuant to the statute of FOIA, he had not received any response or the first 100 free pages. See exhibit (E).

10.) On the 29th day of March 2007, Plaintiff filed on appeal to the EOUSA, informing the agency of (1) that he was objecting

3 of 5

that out of 600 pages he would only receive 200 or so pages, (2) that the agency was trying to extra charge him for the documents he originally requested and pertain to any and all records. Therefore contending that he should not to re-submit another request to receive the requested records, documents, and information. That he is entitled to such information and records, documents, because they are apart of the request. See exhibit (F).

10) Plaintiff, file an appeal with the head office in the form a letter, informing the agency. That (1) the agency failure to file an index of the documents that was withheld, and (2) appeal the agency failure to release copies of the police reports of July 16, 2002. That (3) failure of the agency to release the one (1,000) pages and the one (1) CD-R and (1) cassette tape. See exhibit (H).

12) In the month of May 2004, Plaintiff filed the request under the FOIA §552 §552(a). The request was in regards of the one (1,000) thousand pages of public records that pertain to the original request, that is in the possession of the agency. The request requested any and all records, document, and information in connection with the investigation conducted July 16, 2002. The request also requested the copy of the search warrant of Aug. 10th, 2002. That pertain to the investigation for manufacturing meth in or about Pasco County. The request include the the information of Aviation Unit participation on the 10th day of July 2002 and the 10th day of August 2002. See exhibit (G).

4 of 5

13.) In the month of July 2004, the EOUSA, sent a form ask Plaintiff to choose one. The informed Plaintiff that 100 page and two hour he would receive free. The Plaintiff still has not receive any of the requested 1000 pages that public records.

Respectfully Submitted

Demetri Howell

EXHIBIT

A

To:U.S.Department of Justice
    Drug Enforcement Administration
    Office of Chief Counsel
Administrative Law Section

March 10,2007

RE:DEMETRIUS MCLAUGHLIN VS. DRUG ENFORCEMENT ADMINISTRATION, C.A.
06-0960: DEA Request No.07-0195-P
Subject:Request for **Vaugh Index and Objection of failure to search
field branch of Tampa Florida**

Dear, Sir,...:

This letter is in concern of obtaining a **Vaugh Index** and the
failure of this Agency to obtain the requested information as in
the request, that was submitted in the month of September 2006, in
which the request was sent by way of certify mail to the Office in
Tampa FLorida.

1.) A Vaughn Index is requested as for the thirteen pages that
was withheld and for the specific information that cliams  to  be
exempt. Such as the documents number 27,28, and for the specific
exempts in No. 27, and paragraph number 3 of document 28.

2.) The request was for any  and  all  information  records
documents, this would include the G-DEP identifier and File Title
and more importantly this would have allowed Requester to be more
precise.

3.) Requester is objecting to this Agency failure to release
the requested information, such as to the request for the picture
that was taken and used in the prosecution of me and had this Office
properly search the field Office in Tampa Florida it could recover
the requested information that Requester is entitle to have.

4.) Requester is objecting to the Agency failure to search the Tampa field Office has deprive him of the information and the failure to release such information is in violation of the Freedom Information Act.

The Requester now contends that the withholding by this Agency in it's duty to release and to make the proper an complete search for such information that has been properly requested, that the action of this Agency is being **arbitrary** and **capriciously** in the duty of carry out it's **obligations**, thus violating the Freedom of Information Act.

Respectfully Submitted

Without prejudice

DEMETRIUS MCLAUGHLIN
REG#41297-018
FCC COLEMAN-USP
P.O.BOX 1033
COLEMAN, FL, 33521

EXHIBIT

B

FROM:DEMETRIUA MCLAUGHLIN
     REG#41297-018
     FCC COLEMAN-USP
     P.O.BOX 1033
     COLEMAN,FL,33521-1033


TO:FREEDOM OF INFORMATION OFFICER
   UNITED STATES ATTORNEY
   400 N.TAMPA STREET. SUITE 3200
   Tampa,FL,33602


        Dear..:Sir,Ms

        This letter serves as my request pursuant to the prov-
ision of the Freedom of Information Act(5U.S.C.§552 and Privacy
Act (5U.S.C.§552a(d)(1)and applicable to state statute governing
the Freedom of Information Act request.

        Please send me copies of any and all documents records
policy and information that were used in connection with the indi
ctment of this case number 8:03-CR-226-T-17MSS and the prosecutio
of said case number. This includes and not limited to the trial
that were conducted  on the case number of the requester. Which
is result of a ongoing investigation that were conducted by Pasco
County Sheriff's Office Detective and Deputies and the Drug
Enforcement Agency (DEA) Of the Middle District of Florida Tampa
Division which join and participated in the investigation of
the illegal manufacturing of methamphetmine in the area of Pasco
County on or approximately May,2002,through March 2004.This
request is sought specifically for mendment,deletion and or
expungement (5U.S.C.§552a)(d)(2)a of records maintained by your
agency. The records sought but limited to is the compiled filein
case # 8:03-CR-226-T-17MSS containing.

        1) Requesting any and all documents records,information
and policy of the requirement of the Herndo Sheriff's Office
Narcotic Detective for assisting other Law Enforcement agency.
This includes but not limited to the information gather from the
assistance that were given on this investigation.


        2) This includes copies of any and all documents,record
and information policy that were connected to the surveillance that
used and its equipment such as the Aviation Unit of the Pasco county
helicopter,flightplan,signin sheet sign out sheet and the Aviation
sheet on months of July 16,02 times 5pm 8pm,and August 10,02 times
4pm 8pm.

        3) This includes copies of any and all documents records,
policy sand information on holding tape recording of radio communic-
ation and the making of radio transcripts in connection with a
investigation this includes the communication for July 16,02 of the

investigative stop conducted by Pasco County sheriff Office Detectives of Requester. This is not limited to any photo that were taken.

4) Requesting any and all copies of documents,records,policy, and information in connection with the traffic stop conducted by Pasco County Sheriff's Office Detective and its Deputies on July 16,02 of Requester on Old Lakeland Highway Road North of Lynnbrook. Which were part of the investigation .

5)Requesting any and all copies of documents,records,informat- ion and policy on the collecting of evidence and the destroying of the evidence in case No:8:03-CR-226-T-17MSS.This includes the photos that were taken of any said evidence.

6)Requesting any and all copies of documents,records,informat- ion and policy of the taking notes,reports,memorandums,in connection,to the on going investigation. This would include notes,logs,and reports that were taken on July,16,02 of the surveillance that were conduct durning the investigation.

7)This includes any and all documents,records,information,and policy on the closing of a investigation in this case No.8:03-CR-226- T-17MSS such as final reports,notes, and photos of said evidence.

8)This includes any and all documents,records,and information in connection to the interview,reports,that were conducted and complete by the agencies and the policy on such steps of the course of the inves- tigation through May,2002 to March,2004.

As you know,the Freedom of Information Act provides that a portion of a document are exempt from release the remainder must be segregate and disclosed.Therefore, I will expect you to send me all nonexempt portion of the record which I have requested and ask that you justify any deletion with reference to specific exemption of FOIA. The information requested is not to be used for commercial benefit so I do not expect to be charge fees for your review of the mmaterial to see if it falls with in one of FOIA"s exemptions.

I promise to pay for search and duplication cost in connection withe request.However please notify me ahead of time if you estimate that the total of fees will exceed $25 so I can approve the additional amount.

7. This is to include any an all documents records and information in connection to the interviews, reports completed by this agency in the course of the investigation through May, 2002 to March, 2004.

## CERTIFICATE OF SERVICE

I do, hereby certify that a copy hereof has been furish by U.S. Mail to the above address this____day September, 2006.

Respectfully Submitted

DEMETRIUS MCLAUGHLIN
REG#41297-018
FCC COLEMAN-USP
P.O.BOX 1033
COLEMAN,FL,33521-1033

[3]



**UNITED STATES**
**POSTAL SERVICE**®

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: 7005 3110 0003 2881 8609
Status: **Delivered**

Your item was delivered at 9:00 am on September 20, 2006 in
TAMPA, FL 33602.

( Additional Details > )  ( Return to USPS.com Home > )

### Notification Options

Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.  ( Go > )

**Track & Confirm**

Enter Label/Receipt Number.

POSTAL INSPECTORS    site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust

...ght © 1999–2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

**U.S. Postal Service**™
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 39 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 2.49 |

2006 SEP 18    Postmark Here    1:24

MAILROOM

Sent To United States Attorney
Street, Apt. No.; or PO Box No. 400 N. Tampa Str. Suite 3200
City, State, ZIP+4 Tampa FL. 33602

PS Form 3800, June 2002    See Reverse for Instructions

7005 3110 0003 2881 8609

EXHIBIT

C

**FROM:**DEMETRIUS MCLAUGHLIN

REG#41297-018
FCC COLEMAN-USP
P.O.BOX 1033
COLEMAN,FL,33521-1033

**DERICT RESPONSE TO:**
DEMETRIUS MCLAUGHLIN
REG#41297-018
10-09-06

**TO:**FREEDOM OF INFORMATION ACT PRIVACY ACT UNIT
Executive Office for United States Attorneys
600 E STREET,N.W.,Room 7300
Washington D.C.20530

**IDENTIFICATION OF REQUESTER:**
DEMETRIUS MCLAUGHLIN
**ALLIAS:**DEKE
**DOB:** 11-07-73

**FREEDOM OF INFORMATION ACT**
(5USC§552),PRIVACY ACT,
(5USC§552a(d)(1)Request:
EXEMPTIONS(5USC§552(5)(C)
(B)(7),Gneral(5USC§522a
(J)(2)or Specific(U.S.C.)
552a(K)(2)NOt Applicable To
This request.

**POB:**LAKELAND FL,
**SSN:**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

        Dear,Sir,Ms..:

        This is an **Appeal** under the **Freedom of Information Act**
**FOIA 5 U.S.C.§552** and of **5 U.S.C.§552a Privacy Act.** On the date
of September 18,06 I made a **FOIA** request to your branch United
State Attorney  Office in the Division of Tampa,Florida,400North
Tampa Street.suite 3200,and to Executive Office of the United
States Attorney General,Acting Assistance Attorney Rm 7100 Bicen-
tennia Block Washington,D.C. 20530.See exhibit **A** for the Tampa
DIvision and see exhibit **B** for Washington D.C. Division.The requ-
est were sent certify see exhibit **C.**

        Whereas this Branch had failed to respond to the request
pursuant to **5.U.S.C.§552** and **5.U.S.C.§552a** hereby failing to
meet the requirement of **5.U.S.C.§552(1)(2)(3)(6)a.**


        Please be informed that I consider the requested materia
to be clearly releasable under **FOIA** and consider this branch
policy to arbitrary and capricious.


        Wherefore this branch of the United States Government
to be in violation of the **Freedom of Information Act 5.U.S.C.§552**
**(1)(2)(3)** and the **Privacy Act 5.U.S.C.§552a.** Therefore I except
that upon reconsideration this agency will reverse the decision
to deny my request.

CERTIFICATE OF SERVICE

I do,hereby certify that a copy has been furnish by U.S.
Mail to the above address this_____Day of ·Octomber ,2006.

FCC Coleman, Florida  Sumter County

Subscribed and sworn before me this
___ day of _____, 20 __

Case Manager

Authorized by the Act of July 7, 1955. as
amended, to administer oaths (18 USC§4004

Respectfully Submitted

_____
DEMETRIUS MCLAUGHLIN
REG#41297-018
FCC COLEMAN-USP
P.O.BOX 1033
COLEMAN, FL, 33521-

[ 2 ]

EXHIBIT

D

FROM: DEMETRIUS MCLAUGHLIN
REG#41297-018
FCC COLEMAN-USP
P.O.BOX 1033
COLEMAN,FL, 33521

                    12-13-06

TO:FOIA/PA DIVISION
U.S.DEPARTMENT OF JUSTICE
EOUSA
600 E.STR.N.W. Rm7300
WASHINGTON,D.C.20530


          RE: This is an Appeal from this office failure to resond
              in case#06-3274

              Subject: FOIA/PA reduction of request, No.06-3274
                       for expedited processing thereof.

                              **APPEAL**

              Dear,Sir,Ms..:

              This letter serve as an Appeal under the Freedom of info-
          rmation and the Privacy Act FOIA 5USC§552 and of 5USC§552a PA. On
          the date of Nov.05,06 I made a request to this agency of EOUSA
          for U.S.Department of Justice see exhibit (A) which contain a cop
          of reduction of the requested material. This agency informed me
          that if I would reduce the request it would process the request
          within a month (20) working days.See exhibit B. a copy of this
          agency response to the FOIA/PA request for the records.

              Whereas, this agency for the U.S.Department of Justice
          of EOUSA has failed to expedite as stated in it's Letter. Where
          the request has been reduce to specific items as requested.

              Please be informed that I consider the requested material
          clearly releasable under the FOIA/PA and consider this agency pol
          icy to be arbitrary and capriciouse.Whereas, this agency EOUSA
          for the U.S.Department of Justice is in violation of the FOIA 5.
          U.S.C.§552(1)(2)(3) and the Privacy Act 5 U.S.C.§552a(e)(5) in
          failing to provide said Requester of the requested records that
          are necessary in the assuring of fairness.

                                    Respectfully Submitted

                                    DEMETRIUS MCLAUGHLIN

EXHIBIT

E

FROM:DEMETRIS MCLAUGHLIN
REG#41297-018
FCC COLEMAN-USP
P.O.BOX 1033
COLEMAN, FL,33521


TO:U.S.DEPARTMENT OF JUSTICE
EOUSA/FOIA/PA UNIT                          12-18-06
600 E.W.RM7300
WASHINGTON,DC 20530



         Dear.Sir, Ms..:

         This letter is in regard to the Appeal that was filed
on 12-14-06 informing this **Unit** that Resquester was filing Appeal
for it's failure to respond to his request for reduction of mater
ial in order for the requested material to be expedited.
         Please be informed that I no longer wish to have the req
uest reduced nor expedited but to furnish with all the documents
and material in concerns of the request and I shall pay the neces
sary fees. Therefore I wait patiencely for the first hundred page
of the requested material and I expect a index of the material
that shall be withheld from.



                              Respectfully Submitted


                              DEMETRIUS MCLAUGHLIN

## CERTIFICATE OF SERVICE

      I do hereby, certify that a copy has been furnish by U.S Mail to the address of above on this____day of December,2006.


Respectfully Submitted


_____
DEMETRIUS MCLAUGHLIN
REG#41297-018
FCC COLEMAN-USP
P.O.BOX 1033
COLEMAN, FL,33521-1033

[2]

**FROM:**DEMETRIUS MCLAUGHLIN
      REG#41297-018
      FCC COLEMAN-USP
      P.O.BOX 1033
      COLEMAN, FL33521


**TO:**OFFICE OF FREEDOM and PRIVACY ACT
    U.S.DEPARTMENT OF JUSTICE EOUSA
    1425 New York Avenue,Suite 11050
    Washington, DC 20530-0001


**DIRECT RESPONSE TO:**
DEMETRIUS MCLAUGHLIN
REG#41297-018

01-14-07                             **APPEAL**


      Dear,Sir,Ms..:


      This is an **Appeal** under the **Freedom of Information Act, FOIA**
5 U.S.C.§552 and of the **Privacy Act, 5 U.S.C.**§552a. On the date of
September 15,18, the requests for FOIA/PA were made to your agency
in first sending a copy of the same request to the Middle district
of FLorida Tampa Division EOUSA by certify mail, see exhibit A and
then sending the same copy to Washington,DC BICN BLDG. In which I
receive a response on October 30,06 from the Middle District of
FLorida informing me that my request had been forward to the Head
Office. To which I was informed by that Office that my request would
be placed in a Group Project Request. In which the Office informed me
that the Department of EOUSA will make every effort to process the
request within a twenty (20) working days in a exception of narrowing
the request for specific items. On the month of November 05,06 I
informed the agency EOUSA of my desire to having the request expedite
but also informing the Office of reserving the right to any and all
records, documents and information sent certify. see exhibit B. In
the month of December 13,06 I sent this agency an appeal of it's
failure to expedite and process the request as promised, see exhibit C
stamped the 14 of December. On the date of December 15,06 , I receive
a letter from the agency EOUSA informing me it had receive 640 pages of

records from the Middle District of Florida, to which I was informed
to fill out the attach form an complete it and send back, which where
mailed back on the month of December 18,06. see exhibit  and it's
atachment.

        Whereas, this agency of the Executive Office for the United
States Attorneys has failed to produce any documents of the request
pursuant to 5 U.S.C.§ 552 and 5 U.S.C.§552a of the Privacy Act and
thereby failing to response with in the lawful time period or limits.
Please be advised that I consider the requested material clearly
releasable under FOIA/PA and consider your agency policy to be
arbitrary and capricious.
        Whereas this agency of EOUSA is in violation of the FOIA 5 USC
552(1)(2)(3) and the PA 5 USC 552a(e)(5), of the Privacy Act provides
that each agency that keep a system of records must maintain all record
with accuracy, relevance timelines completeness as is reasonable
necessary to ensure fairness to an individual in the determination.
Therefore, be advise that within 20 working days if I don't receive any
response or the first hundred pages as this has informed me of it's
receiving the 640 pages and the thousand pages of other Public records
in it's possession..

                                        Respectfully Submitted

                                        DEMETRIUS MCLAUGHLIN
                                        REG#41297-018
                                        FCC COLEMAN-USP
                                        P.O.BOX 1033
                                        COLEMAN, FL,33521

EXHIBIT

F

TO;
Office of Information/PA
Unites States Department of Justice
1425 New York ave. Ste 11050

Appeal No. 07-0631
Request Number:06-3274
Requester; Demetrius Mclaughlin

March 29, 2007

APPEAL

Dear, Mr.,Ms....:

This letter serves as my appeal in concerns to the response
I receive from the Office Executive Office United States Attorney
at suite 7300 Bic, Bld, 600 E. Street N.W. Washington D.C.. In which
the Office responded to the FIOA/PA request, and the response inform
me that the district forward to the Office about 640 pages of
records that is potentially responsive to the request, the response
also included 1000 pages of public records that were held back in
the district. see exhibit A,. In the response date March 12, 2007
stated that I would receive 29 pages to be released in full and 12
pages to be released in part and 164 pages are to be withheld in
full. Further stated that I would receive 41 pages and the first
100 pages are free, once the 70 dollars were paid for search time.

I am objecting that (1) out of the 640 pages I am only receiving
200 or so of the 640 pages and (2) that the agency is trying to
extra charge me for the documents I original requested any and all
records, and therefore I should not have to re-submit another request
see exhibit B.

This Office in the response to the appeal that was filed on
01-14-07, that there was no adverse determination, I am objecting
to have to re-submit another request and should be entitle to the
the public record and that they fail with in my request.

DEMETRIUS MCLAUGHLIN
REG#41297-018

EXHIBIT

G

FROM :DEMETRIUS MCLAUGHLIN
REG#41297-018
FCC COLEMAN-USP
P.O.BOX 1033
COLEMAN, FL, 33521

DERICT RESPONSE TO:
DEMETRIUS MCLAUGHLIN
REG#41297-018

May 30, 07

TO:FREEDOM OF INFORMATION/PA
U.S.DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR UNITED STATES ATT.
600 E. STREET N.W. STE 7300 BIC/BLDG
WASHINGTON D.C. 20530-0001


IDENTIFICATION OF REQUESTER
DEMETRIUS MCLAUGHLIN
REG#41297-018
ALLIAS:DEKE
DOB:11-07-73
POB:LAKELAND, FL,
SSN: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


        Dear, Sir, Ms...:

        This letter serves as my request pursuant to the provision
of Freedom Information Act ( FIOA 5 U.S.C.§552) and the Privacy
Act (PA 5 U.S.C.§552a). This Request is in regards to the One
thousand page of Public Records, that in this Office possession
in which has inform me of such records. see attachment.

        I am requesting copies of any and all documents, records,
and information inconnection with the investigation that lead
to the indictment and is a part or contain in the Public Records.

        I am requesting copies of search warrants and police report
and the copies of documents, records, of all Agency that provide
assistance and its Units such as the Aviation Unit of Pasco
County Sheriff's Office on July 16,02 and August 02. This would
include reports of the surveillance that was conduct July 16,
and Aug. 02.

        I am requesting any and all Court documents records that
was filed and connected to the indictment number 8:03-CR-226-T-17MSS
and papers with my name on them.

I promise to pay reasonable search and duplication costs in connection with this request. However, please notify me ahead of time if you estimate that the total fees will exceed $30 dollars so I can approve the additonal amount.


<u>CERTIFICATE OF SERVICE</u>

I do, hereby certify that a copy hereof has been furish by U.S. Mail through the prison mail system on this 30th day of May,2007.


DEMETRIUS MCLAUGHLIN
REG#41297-018

[2]

EXHIBIT

H

FROM:DEMETRIUS MCLAUGHLIN
REG#41297-018
FCC COLEMAN-USP
P.O.BOX 1033
COLEMAN, FL 33521

May 30, 07

RE: Appeal number 07-1174

Dear, Sir, Ms....:

This is an appeal, pursuant to the Freedom of Information Act FOIA 5 U.S.C.§552 and of Privacy Act 5 U.S.C.§552a. In the month of April 25, 07 the Executive Office fro the United States Attorney, Operation Unit Staff responded to my request that were in compliance with FIOA & PA. The Office forward to me forty-one (41) page of document that nothing to do with my request.

1. I am now appealing the agency reply to my Request in its failure to provide me with a vaugh index of the documents records that were withheld.

2. I am now appealing the agency failure to release copies of the Police reports from the traffic stop on July 16, 02 and the surveillance reports of that day.

3. I am appealing the agency failure to release the One thousand pages in its possession that contains to my Request of the Public Records.

4. I am appealing the agency failure to release 272 page that in its possession and the 1 CD-R and 1 cassette tape that is also in its possession..

DEMETRIUS MCLAUGHLIN
REG#41297-018

EXHIBIT

I

Requester: Demetrius McLaughlin                Request Number: 07-2263

## CHOOSE ONE

___I understand that I am entitled to the first 100 pages and 2 hours of search time free.  Please search only up to 2 hours and process only up to 100 pages that can be released to me.

___I wish to withdraw my request.

___I wish to revise my request to try to reduce fees.  Please limit my request to the following documents:

_____

_____

_____

_____

(Please note that a search for specific records may sometimes require more search time and fees).

___Please search only up to the following number of hours:  whatever is nesessary
  **I understand that search payment will be required even if no documents are located or released to me.**  In the event that documents are located and released to me, I understand that I may be charged duplication fees in addition to search fees.

_____                    09-05-07
Name                                        Date

Please return to:

EOUSA
FOIA/PA
600 E. Street, N.W., Room 7300
Washington D.C., 20530

To whom it may concern;
    It was stated with the response that was sent with this form.
That I have already receive the first hundred pages of the thousand
pages. This is not true and I am still waiting to receive the first
hundred. Thank You !!!!!

Requester Demetrius McLaughlin          Request Number 07-2263

## CHOOSE ONE

___Please do not search any longer. **I understand that I am entitled to the first 100 pages free.** If you have found releasable documents, send me the free documents and close my case.

___Please do not search any longer. I wish to withdraw my request.

___I agree to pay the search fee indicated above. **I understand that this payment is required even if no documents are located or released to me.** In the event that documents are located and released to me, I understand that I may be charged duplication fees in addition to search fees.

___I wish to reformulate my request in an attempt to reduce fees. Please limit my request to the following documents, and notify me of any revised fee amount.___ _____

_____

_____

_____

_____

(Please note that a search for specific records may require more search time and fees).

___I agree to pay up to the following amount for search time._____
**I understand that this payment is required even if no documents are located or released to me.** In the event that documents are located and released to me, I understand that I may be charged duplication fees in addition to search fees.

_____                    9-05-07
Name                                         Date

Please return to:

EOUSA
FOIA/PA
600 E. Street, N.W., Room 7300
Washington D.C., 20530

          To whom it may concern;

          It was stated with the response that was sent this form. That
I have already receive the first hundred pages of the thousand
pages. This is not true and I am still waiting to receive the first
hundred. Thank You!!!!!!