UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DEMETRIUS MCLAUGHLIN,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 06-2048 (RMC)<br>)<br>)<br>)<br>)<br>) |

### ORDER

For the reasons stated in the Memorandum Opinion filed concurrently herewith, it is hereby

**ORDERED** that the Drug Enforcement Administration's motion for summary judgment [Dkt. # 10] is **GRANTED in part** and **DENIED in part**; it is

**FURTHER ORDERED** that Mr. McLaughlin's motion for joinder of claims and remedies [Dkt. # 17] is **DENIED**; it is

**FURTHER ORDERED** that all other pending motions [Dkt. ## 11, 16, 25, 26] are **DENIED** as moot; and it is

**FURTHER ORDERED** that by March 1, 2008, DEA shall supplement its declaration by describing in greater detail the range of the filing systems searched and, if appropriate, renew its motion for summary judgment.

**SO ORDERED.**

Date:  January 15, 2008

/s/
ROSEMARY M. COLLYER
United States District Judge