UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RUSSELL E.D. ROBINSON,**        ) | |
|                                                               ) | |
| **Plaintiff,**                               ) | |
|                                                               ) | |
| v.                                                        ) | Civil Action No.  06-2050 (EGS) |
|                                                               ) | |
| **ATTORNEY GENERAL**           ) | |
|   **OF THE UNITED STATES, et al.,**  ) | |
|                                                               ) | |
| **Defendants.**                        ) | |
| _____) | |

### DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME

This matter is brought pursuant to the Freedom of Information Act, 5 U.S.C. § 552.  Defendants' renewed motion for summary judgment on behalf of the United States Marshals Service (USMS) and the Bureau of Prisons (BOP) is due today, April 11, 2008. Defendants herein request an additional brief enlargement of time, of two business days, to and including April 15, 2008 within which to file the above-described motion. This is defendants' third enlargement for this purpose.

Good cause exists for this extension.  Specifically, an enlargement to and including April 15th is requested to allow the undersigned counsel sufficient time to complete the motion after receiving and reviewing materials from the two Department of Justice components, USMS and BOP.  However, the press of litigation related matters as well as other administrative responsibilities have taken more time than anticipated.  Specifically, undersigned counsel has been involved in drafting responsive pleadings in other cases she

is personally handling, reviewing the pleadings of other Assistant U.S. Attorneys in counsel's capacity as a supervising attorney, and has also been participating in interviewing applicants for positions in the U.S. Attorney's Office. This enlargement will give counsel the weekend to finalize and review Defendants' renewed motion.

Granting this enlargement will not be prejudicial and is not filed for the purposes of delay. Because plaintiff is incarcerated, and is proceeding pro se, Local Rule 7(m) does not apply to this motion, and defendant therefore has not obtained plaintiff's position as to the relief requested.

WHEREFORE, defendants respectfully request that the time within which to file a renewed motion for summary judgment be enlarged to and including April 15, 2008, and that the dates for filing an opposition and reply be similarly enlarged.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
MADELYN E. JOHNSON, DC Bar #292318
Assistant United States Attorney
U.S. Attorney's Office, Rm E4114
555 4th Street, N.W.
Washington, D.C. 20530
*(202) 514-7135*

CERTIFICATE OF SERVICE

I CERTIFY that on April 11, 2008, plaintiff was served with a copy of the foregoing Motion for Enlargement of Time via first-class mail postage prepaid and addressed:

Russell Robinson
#04776-094
Metropolitan Detention Center
P.O. Box 2147
San Juan, PR   00922-2147

Pursuant to plaintiff's notice of address change filed June 14, 2007, a copy of the foregoing was also served via first-class mail postage prepaid and addressed:

Russell Robinson
SPC, C/O Post Office Box 302402
St. Thomas, USVI 00803

_____/s/_____
Madelyn E. Johnson
Assistant U.S. Attorney
555 4th Street, N.W., Rm. E4114
Washington, D. C.  20530
(202) 514-7135