UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DEMETRIUS MCLAUGHLIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-2048 (RMC) |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons stated in the Memorandum Opinion filed concurrently herewith and in the Memorandum Opinion of January 15, 2008 [Dkt. # 27], it is hereby

**ORDERED** that Plaintiff's Motion for Reconsideration or in the Alternative Certify the Ruling of Summary Judgment [Dkt. # 30] is **DENIED**; and it is

**FURTHER ORDERED** that judgment is entered for the Defendant and this case is **DISMISSED**; accordingly, this case is closed.

This is a final appealable order. *See* Fed. R. App. P. 4(a).

**SO ORDERED.**

Date: April 14, 2008

_____/s/_____
ROSEMARY M. COLLYER
United States District Judge