IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEMETRIUS MCLAUGHLIN,
    Plaintiff,

vs.                          Civil No.06-2048(RMC)

DEPARTMENT OF JUSTICE,
    Defendants,
_____/

NOTICE OF APPEAL

NOTICE is given this 28th day of April 2008, that the Plaintiff Demetrius Mclaughlin, pro-se in the above style case, hereby appeals to the UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA form the judgment and orders of this Court that were enter against the Plaintiff in favor of the Defendants on January 15, 2008, Order granting in part and denying in part Defendnant's Motion for Summary Judgment; denying Plaintiff's Motion for Joinder of Claims and Remedies; denying as moot; Defendant's Motion to dissmiss; denying as moot; Plaintiff's Motion for In Carmera Inspection of Document; denying as moot, Plaintiff's Motion for Judgment on the Pleading; Order denying Plaintiff's of Summary Judgment on the 14th day of April 2008.

Respectfully Submitted
_____
DEMETRIUS MCLAUGHLIN
REG#41297-018
P.O.BOX 1033
Coleman, Fl, 33521

**RECEIVED**

MAY 2 - 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEMETRIUS MCLAUGHLIN,
    Plaintiff,

vs.                                Civil No.06-2048(RMC)

DEPARTMENT OF JUSTICE,
    Defendants,
_____/

## CERTIFICATE OF SERVICE

I Demetrius Mclaughlin, hereby certify that true and correct copy of the foregoing Notice of Appeal, has been place in the prison authority mailbox to be delivered to the following stated below by the U.S. Mail postage pre-paid on this 28th day of April 2008.

Clerks Office
U.S. District Court
District of Columbia
333 Constitute AVE, N.W.
Washington, D.C. 20001

                                                Respectfully Submitted

                                                DEMETRIUS MCLAUGHLIN
                                                C/o 41297-018