# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

JUN - 9 2008

RECEIVED

DEMETRIUS MCLAUGHLIN

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  JUN 09 2008

CLERK

USCA No. 08-5142

v.

DEPARTMENT OF JUSTICE, DRUG ENFORCEMENT   USDC No. 1:06-cv-02048-RMC
ADMINSTRATION

## MOTION FOR LEAVE TO PROCEED
## ON APPEAL IN FORMA PAUPERIS

I, Demetrius Mclaughlin _____, declare that I am the
□ appellant/petitioner □ appellee/respondent in the above-entitled proceeding. In
support of this motion to proceed on appeal without being required to prepay fees, costs
or give security therefor, I state that because of my poverty I am unable to prepay the
costs of said proceeding or to give security therefor. My affidavit or sworn statement is
attached.

I believe I am entitled to relief. The issues that I desire to present on appeal/review are
as follows: (*Provide a statement of the issues you will present to the court. You may
continue on the other side of this sheet if necessary.*)

Signature _Deet M'Gll_

Name of *Pro Se* Litigant (PRINT) _Demetrius Mclaughlin_

Address _846 Terrence Dr._
_Coleman, FL, 33521_

Submit original with a certificate of service to:

Clerk of Court
United States Court of Appeals
  for the District of Columbia Circuit
E. Barrett Prettyman U.S. Courthouse, Room 5523
333 Constitution Avenue, N.W.
Washington, DC 20001

[USCADC Form 53 (Jul 2007)]                    -1-

Received
Mail Room

# United States Court of Appeals

## FOR THE DISTRICT OF COLUMBIA CIRCUIT

JUN - 9 2008

United States
District of Col...

DEMETRIUS MCLAUGHLIN

USCA No. 08-5142

v.

DEPARTMENT OF JUSTICE, DRUG ENFORCEMENT

USDC No. 1:06-cv-02048-RMC

## AFFIDAVIT ACCOMPANYING MOTION FOR
## PERMISSION TO APPEAL IN FORMA PAUPERIS

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

**Signed:** *Deet. McPt.*          **Date:** 6-03-08

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**My issues on appeal are:**

WHETHER THE UNITED STATES DISTRICT COURT OF COLUMBIA ERRED WHEN ENTERING THE ORDER GRANTING JUDGMENT IN FAVOR FOR DEFENDANT AND DISMISSING THE CASE..

See. Attachment

[USCADC Form 53a (Rev. Jul 2007)]                    -1-

CERTIFICATE OF SERVICE

I Demetrius Mclaughlin, hereby certify that a true and correct copy of the foregoing Affidavit Accompanying Motion For Permission to Appeal In Forma Pauperis, has been delivered to the prison authority to be place in U.S. Mail to be forward to the interest party stated below and postage pre-paid on this 03rd day of June 2008.


Clerk of Court
United States Court of Appeal
for the District of Columbia Circuit
E. Barrett Prettyman U.S. Courthouse, Rm 5523
333 Constitution Ave. N.W.
Washington D.C. 20001

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ -0- | $ -0- | $ -0- | $ -0- |
| Self-employment | $ -0- | $ -0- | $ -0- | $ -0- |
| | You | Spouse | You | Spouse |
| Income from real property (such as rental income) | $ -0- | $ -0- | $ -0- | $ -0- |
| Interest and dividends | $ -0- | $ -0- | $ -0- | $ -0- |
| Gifts | $ -0- | $ -0- | $ -0- | $ -0- |
| Alimony | $ -0- | $ -0- | $ -0- | $ -0- |
| Child support | $ -0- | $ -0- | $ -0- | $ -0- |
| Retirement (such as social security, pensions, annuities, insurance) | $ -0- | $ -0- | $ -0- | $ -0- |
| Disability (such as social security, insurance payments) | $ -0- | $ -0- | $ -0- | $ -0- |
| Unemployment payments | $ -0- | $ -0- | $ -0- | $ -0- |
| Public-assistance (such as welfare) | $ -0- | $ -0- | $ -0- | $ -0- |
| Other (specify): _____ | $ -0- | $ -0- | $ -0- | $ -0- |
| Total monthly income: | $ -0- | $ -0- | $ -0- | $ -0- |

2. List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |

4. How much cash do you and your spouse have? $ _____ 

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| N/A | N/A | $ N/A | $ N/A |
| N/A | N/A | $ N/A | $ N/A |
| N/A | N/A | $ N/A | $ N/A |

**If you are a prisoner, seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

Home (Value)
N/A
N/A
N/A

Other real estate (Value)
N/A
N/A
N/A

Motor vehicle #1 ___N/A___ (Value)
Make & year: _N/A_
Model: _N/A_
Registration #. _N/A_

Motor vehicle #2 _N/A_ (Value)
Make & year: _N/A_
Model: _N/A_
Registration #. _N/A_

Other Assets (Value)
N/A
N/A
N/A

Other Assets (Value)
N/A
N/A
N/A

[USCADC Form 53a (Rev. Jul 2007)]       -3-

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | -0- | -0- |
| N/A N/A | -0- | -0- |
| | -0- | -0- |

7. State every person, business, or organization to whom you or your spouse owes money, the nature of the indebtedness, and the amount owed.

| Person to whom you or your spouse owe money | Nature of indebtedness (e.g., mortgage, credit card) | Amount owed by you | by spouse |
|---|---|---|---|
| N/A | N/A | -0- | -0- |
| N/A | N/A | -0- | -0- |
| N/A | N/A | -0- | -0- |
| N/A | N/A | -0- | -0- |
| N/A | N/A | -0- | -0- |
| N/A | N/A | -0- | -0- |

8. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| N/A | N/A | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |

9. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $ -0- | $ -0- |

Are real-estate taxes included?  [ ] Yes  [X] No
Is property insurance included?  [ ] Yes  [X] No

| | You | Spouse |
|---|---|---|
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ -0- | $ -0- |
| Home maintenance (repairs and upkeep) | $ -0- | $ -0- |

|  | You | Spouse |
|---|---|---|
| Food | $ —O— | $ —O— |
| Clothing | $ —O— | $ —O— |
| Laundry and dry-cleaning | $ —O— | $ —O— |
| Medical and dental expenses | $—O— | $—O— |
| Transportation (not including motor vehicle payments) | $ —O— | $ —O— |
| Recreation, entertainment, newspapers, magazines, etc. | $—O— | $—O— |
| Insurance (not deducted from wages or included in mortgage payments) | $ —O— | $ —O— |
| Homeowner's or renter's | $—O— | $—O— |
| Life | $—O— | $—O— |
| Health | $—O— | $—O— |
| Motor Vehicle | $—O— | $—O— |
| Other: __N/A__ | $—O— | $—O— |
| Taxes (not deducted from wages or included in mortgage payments) (specify): __N/A__ | $—O— | $—O— |
| Installment payments | $—O— | $—O— |
| Motor Vehicle | $—O— | $—O— |
| Credit card (name): __N/A__ | $—O— | $—O— |
| Department store (name): __N/A__ | $—O— | $—O— |
| Other: __N/A__ | $ —O— | $ —O— |
| Alimony, maintenance, and support paid to others | $—O— | $—O— |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $—O— | $—O— |
| Other (specify): _____ | $—O— | $—O— |
| Total monthly expenses: | $—O— | $—O— |

10.  Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?      [ ] Yes   [X] No

If yes, describe on an attached sheet.

11.  Have you paid—or will you be paying—an attorney any money for services in connection with this case, including the completion of this form?      [ ] Yes   [ ] No

If yes, how much? $ _O~_____

If yes, state the attorney's name, address, and telephone number:

_____N/A_____
_____N/A_____
_____N/A_____

12.  Have you paid—or will you be paying—anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?      [ ] Yes   [X] No

If yes, how much? $ ~O~_____

If yes, state the person's name, address, and telephone number:

_____N/A_____
_____N/A_____
_____N/A_____

13. Provide any other information that will help explain why you cannot pay the docket fees for your appeal. I have been Incarcerated for the last 5 yrs.

14.  State the address of your legal residence.

_____
_____
_____

Your daytime phone number: (____) _____
Your age: _____ Your years of schooling: _____

FCC Coleman, Florida  Sumter County

Subscribed and sworn before me this
__2__ day of _____, 20___

_____
Case Manager

Authorized by the Act of July 7, 1955, as
amended, to administer oaths (18 USC§4004)