# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **DEMETRIUS MCLAUGHLIN,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-2048 (RMC) |
| | ) | |
| **DEPARTMENT OF JUSTICE,** | ) | D.C. Cir. No. 08-5142 |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

Having considered Plaintiff's application to proceed on appeal *in forma pauperis* and supporting documents, it is hereby

**ORDERED** that Plaintiff's motion for leave to proceed *in forma pauperis* on appeal is **GRANTED**.

**SO ORDERED.**

Date: June 23, 2008 _____/s/_____
ROSEMARY M. COLLYER
United States District Judge