# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 08-5142**                 **September Term 2007**

**1:06cv02048**

**Filed On: June 11, 2008** [1121135]

Demetrius McLaughlin,

    Appellant

v.

Department of Justice, Drug Enforcement Administration,

    Appellee

## O R D E R

Upon consideration of the motion to appeal in forma pauperis, which was received from appellant on June 9, 2008, it is, on the court's own motion,

**ORDERED** that the motion to appeal in forma pauperis be referred to the district court for resolution in the first instance. It is

**FURTHER ORDERED** that this case be held in abeyance pending further order of the court.

The Clerk is directed to transmit a copy of this order along with the original motion to the district court. The district court is requested to notify this court promptly following its disposition of the motion.

                                                  **FOR THE COURT:**
                                                  Mark J. Langer, Clerk

                               BY:   /s/
                                        Laura M. Chipley
                                        Deputy Clerk

Attachment:
    Motion for Leave to Proceed on Appeal In Forma Pauperis